IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CV-449-BO

| | | |
|---|---|---|
| R. DANIEL BRADY ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| XE SERVICES LLC ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on Defendants' Unopposed Joint Motion for Extension of Time. For good cause shown, the Motion is GRANTED. Defendants shall have an extension of time through and including December 22, 2009 within which to respond to Plaintiffs' motion for remand, and Plaintiffs shall have twenty one (21) days from the time Defendants respond by which to file any reply briefs.

SO ORDERED, this __15__ day of December, 2009.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE