IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CV-449-BO

| | | |
|---|---|---|
| R. DANIEL BRADY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| XE SERVICES LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, or In the Alternative, to Strike Exhibits. For good cause shown, the Motion is GRANTED. Plaintiffs shall have an extension of time through and including January 23, 2010 within which to respond to Defendants' Motion to Dismiss, or In the Alternative, to Strike Exhibits, and Defendants shall have twenty one (21) days from the time Plaintiffs respond by which to file any reply briefs.

SO ORDERED, this _15_ day of December, 2009.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE