IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:09-cv-00449

| | |
|---|---|
| R. DANIEL BRADY ET AL., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| XE SERVICES LLC ET AL., | ) ) |
| Defendants. | ) ) ) |

### **NOTICE OF APPEARANCE OF EDWARD H. MAGINNIS**

To the Clerk and all parties of record:

Please note my appearance in this action on behalf of Defendant Jeremy Ridgeway.

Respectfully submitted this 24th day of December, 2009.

/s/ Edward H. Maginnis
Edward H. Maginnis (Bar No. 39317)
MAGINNIS LAW
6030 Creedmoor Road, Suite 200
Raleigh, NC 27612
Telephone: (919) 526-0450
Facsimile: (919) 882-8763

*Counsel for Defendant Jeremy P. Ridgeway*

# CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the foregoing Notice of Appearance of Edward H. Maginnis to be transmitted on December 24, 2009, to all counsel registered to receive electronic service:

James A. Roberts III
jimroberts@lewis-roberts.com
LEWIS & ROBERTS, PLLC
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612

Gary V. Mauney
garymauney@lewis-roberts.com
LEWIS & ROBERTS, PLLC
5960 Fairview Road, Suite 102
Charlotte, NC 28210

*Attorneys for plaintiffs*

Keith Harrison Johnson
kjohnson@poynerspruill.com
POYNER SPRUILL LLP
P.O. Box 1801
301 Fayetteville St., Suite 1900
Raleigh, NC 27602-1801

*Attorneys for defendants Donald Wayne Ball, Dustin L. Heard, Evan Shawn Liberty, Nicholas Abram Slatten, and Paul Alvin Slough*

Eric H. Cottrell (N.C. Bar No. 21994)
ecottrell@mayerbrown.com
MAYER BROWN LLP
214 North Tryon Street, Suite 3800
Charlotte, North Carolina 28202
(704) 444-3500
(704) 377-2033 (fax)

*Attorneys for Defendants Xe Services LLC, Blackwater Security Consulting LLC, U.S. Training Center, Inc., Raven Development Group LLC, GSD Manufacturing LLC, Prince Group, LLC, Total Intelligence Solutions LLC, Greystone Limited a/k/a Greystone Ltd., Terrorism Research Center, Incorporated, Technical Defense Associates, Incorporated, Aviation Worldwide Services, L.L.C., Guardian Flight Systems LLC, Presidential Airways, Inc., STI Aviation, Inc., Air Quest, Inc., Samarus Co. Ltd. and Erik Prince*

Jack M. Knight, Jr.
jknight@winston.com
WINSTON & STRAWN LLP
214 North Tryon Street
Charlotte, NC 28202-1078

*Attorneys for defendant Jeremy P. Ridgeway*

/s/ Edward H. Maginnis
Edward H. Maginnis