IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case 5:09-cv-449-BO

| | |
|---|---|
| R. DANIEL BRADY, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER GRANTING** |
| vs. ) | **PLAINTIFFS' MOTION FOR EXTENSION** |
| ) | **OF TIME TO RESPOND TO DEFENDANT** |
| XE SERVICES LLC, ) | **RIDGEWAY'S MOTION TO DISMISS** |
| BLACKWATER SECURITY ) | |
| CONSULTING LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER is before the Court on Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant Ridgeway's Motion to Dismiss. For good cause shown, the Motion is hereby GRANTED. Plaintiffs shall have an extension of time through and including January 23, 2010 within which to respond to Defendant Ridgeway's Motion to Dismiss, and Defendant Ridgeway shall have twenty (21) days from the time Plaintiffs respond by which to file any reply briefs.

SO ORDERED, this the 19 day of January, 2010.

_____