IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:09-cv-00449

| | |
|---|---|
| R. DANIEL BRADY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| XE SERVICES LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

THIS MATTER comes before the Court on the Motion to Withdraw the Appearance of Jack M. Knight, Jr. as counsel for Defendant Jeremy P. Ridgeway ("Ridgeway"), filed by Jack M. Knight, Jr. of Winston & Strawn LLP. For good cause shown, it is ORDERED that counsel is hereby relieved of any obligation to accept service or otherwise represent Defendant Ridgeway in this matter.

IT IS SO ORDERED, this the 29 day of January, 2010.

*[signature]*
The Honorable Terrence W. Boyle
United States District Judge