IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| R. DANIEL BRADY ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 5:09-CV-00449-BO |
| v. ) | |
| ) | |
| XE SERVICES LLC ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**CORPORATE DEFENDANTS' RESPONSE TO PLAINTIFFS' DISCOVERY MOTION**

Defendants Xe Services LLC, Blackwater Security Consulting LLC, U.S. Training Center, Inc., Raven Development Group LLC, GSD Manufacturing LLC, Prince Group, LLC, Total Intelligence Solutions LLC, Greystone Limited a/k/a Greystone Ltd., Terrorism Research Center, Incorporated, Technical Defense Associates, Incorporated, Aviation Worldwide Services, L.L.C., Guardian Flight Systems LLC, Presidential Airways, Inc., STI Aviation, Inc., Air Quest, Inc., Samarus Co. Ltd., and Erik Prince (collectively, the "Corporate Defendants") respectfully submit this response to Plaintiffs' Motion for Leave to Conduct Jurisdictional Discovery.

The Corporate Defendants take no position on the merits of the jurisdictional dispute between Plaintiffs and Defendant Jeremy Ridgeway. However, the Corporate Defendants do not believe that discovery is needed to resolve the issue. It is not clear from Plaintiffs' motion and memorandum what discovery they believe would shed light on the issue of personal jurisdiction and whether they are seeking materials in the possession of the Corporate Defendants. Accordingly, the Corporate Defendants reserve their rights to object to such discovery if and when Plaintiffs request materials in their possession.

Dated: February 16, 2010                    Respectfully submitted,


By: /s/ Eric H. Cottrell
    Eric H. Cottrell (N.C. Bar No. 21994)
    ecottrell@mayerbrown.com
    MAYER BROWN LLP
    214 North Tryon Street, Suite 3800
    Charlotte, North Carolina 28202
    (704) 444-3500
    (704) 377-2033 (fax)

    Andrew J. Pincus
    apincus@mayerbrown.com
    Michael E. Lackey, Jr.
    mlackey@mayerbrown.com
    MAYER BROWN LLP
    1999 K Street, N.W.
    Washington, DC 20006-1101
    Telephone: (202) 263-3000
    Facsimile: (202) 263-3300

    Peter H. White
    peter.white@srz.com
    SCHULTE ROTH & ZABEL LLP
    1152 15th Street NW, Suite 850
    Washington, DC 20005
    (202) 729-7470
    (202) 730-4520 (fax)

    *Attorneys for Defendants Xe Services LLC, Blackwater Security Consulting LLC, U.S. Training Center, Inc., Raven Development Group LLC, GSD Manufacturing LLC, Prince Group, LLC, Total Intelligence Solutions LLC, Greystone Limited a/k/a Greystone Ltd., Terrorism Research Center, Incorporated, Technical Defense Associates, Incorporated, Aviation Worldwide Services, L.L.C., Guardian Flight Systems LLC, Presidential Airways, Inc., STI Aviation, Inc., Air Quest, Inc., Samarus Co. Ltd. and Erik Prince*

# CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Eric H. Cottrell
Eric H. Cottrell (N.C. Bar No. 21994)
ecottrell@mayerbrown.com
MAYER BROWN LLP
214 North Tryon Street, Suite 3800
Charlotte, North Carolina 28202
(704) 444-3500
(704) 377-2033 (fax)