UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:09-CV-00449-BO

| | |
|---|---|
| R. DANIEL BRADY, as Administrator for the separate Estates of ALI KINANI, ABRAHEM ABED AL MAFRAJE, and MAHDE SAHAB NASER SHAMAKE; and MOHAMMED HAFEDH ABDULRAZZAQ KINANI, KALLED ABRAHEM AL MAFRAJE, SAHAB NASER SHAMAKE, MAJID SALMAN ABED AL-KAREEM, NASEAR HAMZA LATIF RAHIEF; GHASSAN ABAD ALKAREM MAHMOOD, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>XE SERVICES LLC, BLACKWATER SECURITY CONSULTING LLC, U.S. TRAINING CENTER, INC., RAVEN DEVELOPMENT GROUP LLC, GSD MANUFACTURING LLC, PRINCE GROUP, LLC, TOTAL INTELLIGENCE SOLUTIONS LLC, GREYSTONE LIMITED a/k/a GREYSTONE LTD, TERRORISM RESEARCH CENTER, INCORPORATED, TECHNICAL DEFENSE ASSOCIATES, INCORPORATES, AVIATION WORLDWIDE SERVICES, L.L.C., GUARDIAN FLIGHT SYSTEMS LLC, PRESIDENTIAL AIRWAYS, INC., STI AVIATION, INC., AIR QUEST, INC., SAMARUS CO LTD, ERIK PRINCE, DONALD WAYNE BALL, DUSTIN L. HEARD, EVAN SHAWN LIBERTY, JEREMY P. RIDGEWAY, NICHOLAS ABRAM SLATTEN and PAUL ALVIN SLOUGH,<br><br>Defendants. | DEFENDANTS BALL, HEARD, LIBERTY AND SLATTEN'S REPLY TO OPPOSITION TO MOTION TO DISMISS |

Defendants Donald Wayne Ball, Dustin L. Heard, Evan Shawn Liberty, Nicholas Abram Slatten and Paul Alvin Slough hereby adopt, and refer the Court to the Corporate Defendants' Reply Memorandum in Support of their Motion to Dismiss the Complaint or, in the Alternative, to Strike Exhibits, which is being filed today.

This the 16th day of February, 2010.

**POYNER SPRUILL LLP**

By: /s/ Keith H. Johnson
Keith H. Johnson
N.C. State Bar No. 17885
P.O. Box 1801
Raleigh, NC 27602-1801
Telephone: 919.783.6400
Facsimile: 919.783.1075
Email: kjohnson@poynerspruill.com

ATTORNEYS FOR DEFENDANTS
DONALD WAYNE BALL; DUSTIN L.
HEARD; EVAN SHAWN LIBERTY;
NICOLAS ABRAM SLATTEN; AND
PAUL ALVIN SLOUGH

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **DEFENDANTS BALL, HEARD, LIBERY, SLATTEN and SLOUGH's REPLY TO OPPOSITION TO MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

    This the 16th day of February, 2010.

                                          /s/ Keith H. Johnson
                                          Keith H. Johnson