IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:09-CV-449

| | |
|---|---|
| R. DANIEL BRADY ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| XE SERVICES LLC ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SPECIAL APPEARANCE BY NON-DISTRICT COUNSEL

Pursuant to Local Civil Rule 83.1(e), I hereby give notice in the above-captioned case that I will appear in association with Eric H. Cottrell and W.C. Turner Herbert, of Mayer Brown LLP, on behalf of defendants Xe Services LLC, Blackwater Security Consulting LLC, U.S. Training Center, Inc., Raven Development Group LLC, GSD Manufacturing LLC, Prince Group, LLC, Total Intelligence Solutions LLC, Greystone Limited a/k/a Greystone Ltd., Terrorism Research Center, Incorporated, Technical Defense Associates, Incorporated, Aviation Worldwide Services, L.L.C., Guardian Flight Systems LLC, Presidential Airways, Inc., STI Aviation, Inc., Air Quest, Inc., Samarus Co. Ltd., and Erik Prince. I am a member in good standing of the Eastern District of Virginia and the Supreme Court of Virginia. Further, I have completed an Electronic Filing Attorney Registration Form and in so doing have become a registered CM/ECF filer with this Court.

Dated: February 16, 2010.

/s/ Peter H. White
Peter H. White
Virginia Bar No. 32310
SCHULTE ROTH & ZABEL LLP

1152 Fifteenth Street, NW, Suite 850
Washington, District of Columbia 20005
202-729-7476
202-730-4520 (fax)
pete.white@srz.com

*Attorneys for Defendants Xe Services LLC, Blackwater Security Consulting LLC, U.S. Training Center, Inc., Raven Development Group LLC, GSD Manufacturing LLC, Prince Group, LLC, Total Intelligence Solutions LLC, Greystone Limited a/k/a Greystone LTD, Terrorism Research Center, Incorporated, Technical Defense Associates, Incorporated, Aviation Worldwide Services, LLC, Guardian Flight Systems LLC, Presidential Airways, Inc., STI Aviation, Inc., Air Quest, Inc., Samarus Co LTD, and Erik Prince*

# CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2010, I electronically filed the foregoing NOTICE OF APPEARANCE BY NON-DISTRICT COUNSEL with the Clerk of the Court using the CM/ECF system and served the same on all parties by U.S. Mail delivery addressed as follows:

Brooke N. Albert
James A. Roberts
LEWIS & ROBERTS, PLLC
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612

Paul R. Dickinson, Jr.
Gary V. Mauney
LEWIS & ROBERTS, PLLC
5960 Fairview Road, Suite 102
Charlotte, NC 28210

*Attorneys for plaintiffs*

Jack M. Knight, Jr.
WINSTON & STRAWN LLP
214 North Tryon Street
Charlotte, NC 28202-1078

*Attorneys for defendant Jeremy P. Ridgeway*

Eric H. Cottrell
W.C. Turner Herbert
MAYER BROWN LLP
214 North Tryon Street, Suite 3800
Charlotte, North Carolina 28202

*Attorneys for Defendants Xe Services LLC, Blackwater Security Consulting LLC, U.S. Training Center, Inc., Raven Development Group LLC, GSD Manufacturing LLC, Prince Group, LLC, Total Intelligence Solutions LLC, Greystone Limited a/k/a Greystone Ltd., Terrorism Research Center, Incorporated, Technical Defense Associates, Incorporated, Aviation Worldwide Services, L.L.C., Guardian Flight Systems LLC, Presidential Airways, Inc., STI Aviation, Inc., Air Quest, Inc., Samarus Co. Ltd. and Erik Prince*

Keith H. Johnson
POYNER & SPRUILL LLP
Post Office Box 1801
Raleigh, North Carolina 27602-1801

*Attorneys for Defendants Donald Wayne Ball, Dustin L. Heard, Evan Shawn Liberty, Nicholas Abram Slatten, and Paul Alvin Slough*

/s/ Peter H. White
Peter H. White