IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:09-cv-00450

| | |
|---|---|
| R. DANIEL BRADY ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| XE SERVICES LLC ET AL., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2010, I caused true and correct copies of the Memorandum in Support of Defendant's Opposition to Plaintiffs' Separated Motion for Leave to Conduct Jurisdictional Discovery, filed contemporaneously hereto, to be served on counsel registered with the CM/ECF system.

/s/ Edward H. Maginnis
Edward H. Maginnis