UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH, NORTH CAROLINA

CRIMINAL SESSION COMMENCING ON MONDAY, APRIL 5, 2010
THE HON. TERRENCE W. BOYLE, U.S. DISTRICT JUDGE PRESIDING

Please notify the clerk's office if a defendant is in state or federal custody or if an interpreter is required and it has not been noted on the calendar

**MONDAY, APRIL 5, 2010 @ 9:30 a.m. - Arraignment Hearings:**

SMITH, MONROE (Custody) 4:09-CR-32-1BO
    AUSA: John Bennett
    ATTY: Sue Berry

DAVIS, TRAVARIS (Custody) 4:09-CR-96-1BO
    AUSA: Banu Rangarajan
    ATTY: Terry Rose

MAHORN, JACOY (Custody) 5:06-CR-128-1BO
    AUSA: Seth Wood
    ATTY: Jane Pearce

MELTON, MAURY (Custody) 5:09-CR-361-1BO
    AUSA: Brian Meyers
    ATTY: Terry Rose

GURLY, GREGORY (Custody) 5:09-CR-372-1BO
    AUSA: Kristine Fritz
    ATTY: Curtis High

WILLIAMS, CARTON (Custody) 5:09-CR-380-1BO
    AUSA: Michael James
    ATTY: William Webb, Sr.

**Sentencing Hearings:**

OXENDINE, JOHNNY (Custody) 7:09-CR-95-1BO
    AUSA: Frank Bradsher
    ATTY: Terry Rose

| | | |
|---|---|---|
| MEDEROS-AVILES, ERIK<br>    AUSA: Brian Meyers<br>    ATTY: William Webb, Sr. | (Custody) | 5:09-CR-341-1BO |
| WYNN, APRIL<br>    AUSA: Frank Bradsher<br>    ATTY: David Long | (Custody) | 7:09-CR-116-1BO |
| PENNINGTON, TERRENCE<br>    AUSA: Ethan Ontjes<br>    ATTY: David Long | (Custody) | 5:09-CR-234-1BO |

**MONDAY, APRIL 5, 2010 @ 2:00 p.m. - Arraignment Hearings:**

| | | |
|---|---|---|
| PETERSON, CLARENCE<br>    AUSA: Kristine Fritz<br>    ATTY: Suzanne Little | (State Custody) | 5:10-CR-18-1BO |
| GRAHAM, JAMES<br>    AUSA: Kristine Fritz<br>    ATTY: James Hawes | (State Custody) | 5:10-CR-18-2BO |
| BRODIE , MARY<br>    AUSA: Ethan Ontjes<br>    ATTY: Sherri Alspaugh | (Bond) | 5:10-CR-20-1BO |
| BRAITHWAITE, ANTHONY<br>    AUSA: David Bragdon<br>    ATTY: Devon Donahue | (Custody) | 5:10-cr-23-1BO |
| ALSTON, DESHUNTO<br>    AUSA: Denise Walker<br>    ATTY: Sherri Alspaugh | (Custody) | 5:10-CR-33-1BO |
| TANT, WILLIAM<br>    AUSA: Denise Walker<br>    ATTY: Robert Bell, III | (Bond) | 5:10-CR-44-1BO |

ARREOLA-ARIZA, JESUS              (Custody)              7:10-CR-16-1BO
**Interpreter Requested**
    AUSA: Jennifer Wells
    ATTY: Robert Cooper


**Sentencing Hearings**:

JENKINS, JACQUELINE              (Bond)              5:09-CR-26-1BO
    AUSA: Jennifer Wells
    ATTY: Sherri Alspaugh

CHAIMOWITZ, HOLLIE              (Custody)              5:09-CR-366-1BO
    AUSA: Thomas Murphy
    ATTY: Sherri Alspaugh

WILLIAM, DEVIN              (Custody)              7:09-CR-113-1BO
    SAUSA: Timothy Severo
    ATTY: Samuel Randall


**Status Hearing:**

TUCKER, SAADIQ              (BOP Custody)              5:02-CR-205-1BO
    AUSA: John Bennett
    ATTY: Edwin Walker


**TUESDAY - APRIL 6, 2010 @ 9:00 a.m.- Sentencing Hearings:**

SMITH, BOBBY              (Custody)              5:09-CR-238-1BO
    AUSA: Jennifer Wells
    ATTY: Curtis High

CASTILLO, RENE              (State Custody)              5:09-CR-323-1BO
    AUSA: William Gilmore
    ATTY: Andrea Stubbs

ROUSE, ROBERT              (Bond)              5:09-CR-365-1BO
    AUSA: John Bowler
    ATTY: R. Daniel Boyce

| | | |
|---|---|---|
| WASHINGTON, THOMAS | (Custody) | 4:09-CR-79-1BO |
|     AUSA: Joshua Royster | | |
|     ATTY: Lewis Thompson | | |
|     ATTY: Byron Dunning | | |

WASHINGTON, THOMAS  (Custody)  4:09-CR-79-1BO
  AUSA: Joshua Royster
  ATTY: Lewis Thompson
  ATTY: Byron Dunning

JUDD, EBONY  (State Custody)  5:09-CR-353-1BO
  AUSA: Joe Exum
  ATTY: Jerry Leonard

WILLIAMS, TODD  (State Custody)  5:09-CR-353-2BO
  AUSA: Joe Exum
  ATTY: Curtis High

WIGGINS, KRISTEN  (Custody)  7:09-CR-76-1BO
  AUSA: Thomas Murphy
  ATTY: Debra Graves

KINLAW, THOMAS  (Custody)  7:09-CR-76-2BO
  AUSA: Thomas Murphy  .
  ATTY: Lewis Thompson

**Remand Hearing:**

PASSARO, DAVID  (BOP Custody)  5:04-CR-211-1BO
  AUSA: John Bowler
  ATTY: Joseph Gilbert
  ATTY: Joseph Craven

**TUESDAY - APRIL 6, 2010 @ 11:00 a.m.- Civil Session:**
*****************************************************************************

Estate of Ali Kinani, et. al.  Brooke Albert
  Plaintiff  Gary Mauney
vs.  NO. 5:09-CV-449/450BO  James Roberts
  Motions Hearings  Paul Dickinson, Jr.

Xe Services LLC, et. al.  Eric Cottrell
Blackwater Security Consulting  Peter White
  Defendant  Keith Johnson
    Edward Maginnis
*****************************************************************************

**TUESDAY - APRIL 6, 2010 @ 2:00 p.m. - Sentencing Hearings:**

| | | |
|---|---|---|
| KOCH, JESSICA<br>    SAUSA: Charles P. Bronowski<br>    ATTY: Wayne Payne | (Bond) | 5:09-CR-370-1BO |
| ELLIOTT, SANDRA<br>    AUSA: William Gilmore<br>    ATTY: Lee T. Malone | (Bond) | 5:09-CR-383-1BO |
| QUICK, JONATHON<br>    AUSA: Frank Bradsher<br>    ATTY: William Peregoy | (Custody) | 7:09-CR-96-1BO |

**Revocation Hearings:**

| | | |
|---|---|---|
| BATTLE, DANNY<br>    AUSA: Frank Bradsher<br>    ATTY: Edwin Walker | (Custody) | 5:01-CR-30-1BO |
| MORALES, VICTOR<br>    AUSA: Kristine Fritz<br>    ATTY: Edwin Walker | (Custody) | 5:08-CR-94-1BO |