IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case 5:09-cv-449-BO

| R. DANIEL BRADY, ET AL., | ) |
| --- | --- |
| Plaintiffs, | ) |
| vs. | ) ORDER RE: |
| | ) PLAINTIFFS' UNOPPOSED MOTION |
| | ) FOR CONTINUANCE OF HEARING |
| XE SERVICES LLC, | ) NOTICED FOR APRIL 6, 2010 |
| BLACKWATER SECURITY | ) |
| CONSULTING LLC, ET AL., | ) |
| Defendants. | ) |

For good cause shown on the record, Plaintiffs' Unopposed Motion for Continuance of Hearing Noticed for April 6, 2010, is granted.

IT IS HEREBY ORDERED that the hearing currently set for April 6, 2010, is hereby rescheduled for hearing before The Honorable Terrence W. Boyle, in Raleigh, North Carolina, on April ~~27~~ 2, 2010, beginning at ~~1:00~~ 11:00 a.m..

This the 2 day of April, 2010.

Terrence W. Boyle
Chief United States District Judge