IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| R. DANIEL BRADY ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 5:09-CV-00449-BO |
| v. ) | |
| ) | |
| XE SERVICES LLC ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**SUPPLEMENTAL APPENDIX TO THE CORPORATE DEFENDANTS'
MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO SUBSTITUTE THE
UNITED STATES IN PLACE OF CORPORATE DEFENDANTS PURSUANT TO THE
WESTFALL ACT**

# DECLARATION OF FRED ROITZ

I, Fred Roitz, declare under the penalty of perjury that the following is true and correct:

1. I am the Executive Vice President and Chief Sales Officer for Xe Services LLC. Prior to holding this position, beginning in August 2004, I was the Vice President for Contract and Compliance for U.S. Training Center, Inc. (or its predecessor, Blackwater Lodge and Training Center, Inc.). In these positions, I have had the principal responsibility for government contracting for Xe Services (or its predecessor, EP Investments, L.L.C.) and its subsidiaries, including U.S. Training Center, Inc. ("USTC").

2. I submit this declaration for the purpose of authenticating the contents of the Supplemental Appendix that is being submitted in the case *Brady v. Xe Services LLC*, Civil Action No. 5:09-CV-00449-BO, which I understand is pending in federal court in the Eastern District of North Carolina.

3. The Supplemental Appendix contains excerpts from the Worldwide Personal Protective Services II ("WPPS II") Base Contract, which has an award date of June 6, 2005.

4. It is my understanding that the United States government will not permit certain portions of the WPPS II contract to be filed in unredacted form, even if done under seal. Accordingly, the excerpts filed with this Court contain various redactions so that they include only the material that the government has authorized to be publicly filed.

Executed on March _11_, 2010 in _Moyock, NC_.

_____
Fred Roitz

| Performance Measures | Performance Standards |
|---|---|
| a) Quality of EDD services | 100% in accordance with Task Orders* |
| b) Timeliness | 100% within the schedules in the task orders |

The target standard is 100%. During each six-month Contractor performance assessment, the COR will take into account any extenuating circumstances that might have precluded the Contractor from meeting the target.

### C.4.3.7.3 GUARD TRAINING

Performance Objective No. 4.3.7.3 - The Contractor shall:

- Establish and maintain the necessary guard training capability, including basic, weapons, and refresher training, in accordance with the specifications in Appendix L.
- Develop and submit completed Guard Training Plans to DS for approval within 90 days of contract award.
- Conduct training in accordance with the DS approved, Contractor Guard Training Plans.
- Ensure that only those trainees who have successfully completed the DS approved Contractor training is employed on guard details.
- Ensure that all refresher training of Contractor guard personnel is accomplished in country, e.g., in the location in which the Contractor was tasked to provide the guard detail, unless otherwise directed by the COR.
- Ensure that all refresher training is conducted by Contractor-provided, DSTC-vetted trainers.
- Ensure that all armed guards are re-qualified on all required firearms on a quarterly basis in accordance with the DS approved Contractor training plans. All re-qualification shall be documented on Qualification Record Forms (see Appendix H).

| Performance Measures | Performance Standards |
|---|---|
| a) Meet training requirement above and in Appendix L | 100% Conformance |

### C.4.3.7.4 GUARD ELECTRONIC MONITORING SYSTEM (GEMS)

Note: The Guard Posts requiring the use of GEMS will be designated in the Task Orders.

### C.4.3.7.4.1 GEMS System Requirements

Necessary Condition 4.3.7.4.1 - If required by Task Order, the Contractor shall:

- Provide a complete GEMS which shall include: the system and reporting software; hand-held data collection devices; data points such as bar code labels, data strips, touch tags or electronic buttons; batteries or recharging stations; computer; and printer(s).
- Provide training to the employees who will be using the system.
- Maintain, replace, and support the system to ensure continuous operation.
- Use the GEMS for monitoring and quality control of guard services.
- Ensure that the GEMS system meets the following requirements:
  - Utilizes a portable hand-held data collection device that scans designated data points, the scanner may use a variety of technologies including bar code strips, electronic data strips, touch tags or electronic buttons.
  - Has the ability to transfer collected data from the portable device to a Computer.
  - Can create and print computer-generated reports designed to document guard activities and supervisor oversight.
  - Includes an archival capability allowing access to historical information by computer.
  - Integrity of the system ensures that information, once collected, cannot be altered or modified.

APPENDIX I
(TO SECTION C)
SAMPLE DS PRS DETAIL STANDARD OPERATING PROCEDURE

1. (Country) PRS OPERATIONS/TRAINING

1.1 DAILY SCOPE OF OPERATIONS

The (Country) PRS consists of [     ] teams that provide constant security for (the principal, based on his work schedule. [                                                                                                    ] Duties at the office building include maintaining outer security, monitoring of visitors, organizing visiting motorcades, supervision of the (Country's) PRS, and assisting with PAC operations. [                                                  ] PRS monitors all Press entering the Principle's residence, and specifically the Principle's office building. During High profile events, PRS establishes Press Pens, coordinates with Protocol to ensure the flow of Press does not disrupt the Principle's schedule or compromise his security. PRS positions at the office building are rotated [      ]. Each PRS team works everyday [                                                                                             ]

b2
b7E

Motorcade operations involve [   ] team members. [                          ] PRS is responsible for [                                                              ] PRS as required and operating as the AIC or Shift Leader dictates to the PRS team.

1.2 PRS Training

The PRS training schedule is dictated by the Principle's schedule and ongoing events. [                             ] PRS teams train at a minimum of once a week for an average of 3-4 hours, schedule depending. PRS focuses on [                                                                                                                                         ]

2 (Country) Staffing Driver's Section

The (Country) PRS Driver's section has a total of [   ] allotted personnel. This allows for the staffing of [   ] simultaneous motorcades.

[      ] drivers remain [                                          ] case of emergency evacuation. This allows the other [   ] to take advantage of training time, accrued leave, and time off. Driver's remaining on the grounds of the Principle's residence are responsible for all walking moves, vehicle maintenance and static positions throughout the day at the Principle's office.

The training consists of [                                                                                                                                         ] All drivers also maintain a high level of proficiency on all weapons to include [                                                                                                     ]

In addition to the above training, all drivers must train in order to be able to operate any, and all, vehicle(s). To accomplish this [      ] motorcades are continually practiced in "live-traffic" conditions.

All responsibilities are completed while holding to the terms of our contract. Each day, [ ] must be off to account for necessary and approved down time. This time is crucial to a professional and consistent performance from each detail member.

3   Counter Assault Team (CAT) Mission Statement

The primary task and reasonability of the Counter Assault Team is to provide a specially trained [ ] and highly mobile force for the protection of the Principle against armed and unarmed attacks. A specialized team of [ ] delivers this level of protection. The duties of CAT also include [ ]

B2
B7E

Other duties of the CAT are to respond to any and all hostile and non-hostile threats [ ] [ ] of the protection detail [ ]

[ ] The involvement of the CAT team reaches out to work with other counterparts working in the theater to include ISAF, PPS, and [ ]

Training in a highly specialized counter assault team demands a great deal of time and proficiency. This training includes weapon proficiency [ ] [ ] All training is done in a realistic fashion and live fire. This pertains to motorcade operations and close quarter defense. [ ] [ ] All new personal are trained on the load plan of the CAT vehicle and the equipment carried in them. Basic maintenance for vehicle and equipment are performed daily.

CAT members are involved in the daily [ ] briefings, planning of the Principle's movements and palace security issues.

4   Subject: Gate Operations

- Entry/Access Control:
    - Insure proper identification of all person(s) requesting entry to palace
    - Badge control; proper identification for area access:
        - Obtain identification
        - Verify access requirements
        - Destination of all visitors
        - Physical search of persons, packages, and vehicles for weapons control and bomb detection and other IED's
        - Supervision of HCN Principle Protection Service and Principle's Residence Security personnel
        - Supervise overall safety of operating area
        - Traffic control
        - Crowd control

- Observation Duties:
    - Maintain watch of operating area to include perimeter
    - Observe movement along perimeter for suspicious person (s) and vehicles
    - Maintain over-watch [ ]
    - Listen and observe for explosions within close proximity of Principle's residence

- LN Training:
  - Conduct and supervise on site training for proper gate operations
  - Assist with advice and demonstration; to properly deal with all aspects of gate operations
  - Maintain accountability of personnel
  - Co-ordinate with DSS Transition Team in matters of all training and manning request

- VIP Access:
  - Identify visiting VIP's and other foreign dignitaries
  - Process for proper access of small to large motorcades
  - Operate within guidelines of proper protocol for visiting dignitaries
  - Interface with advance parties of Personal Protection of numerous visiting organizations and governments
  - Assist and direct access for Senior and Junior HCN Government Officials, VIP's and other dignitaries

- Communications:
  - Maintain and proper use of official radios and nets
  - Communicate with other persons and various teams within mission area of matters dealing with routine and emergency operations
  - Establish and mainta[     ]ommunication within mission area

- Emergency Operations:
  - Reinforce assigned post during real world emergencies and reaction drills
  - Control and coordinate situations of:
    - IED's
    - Hostile/irate person(s)
    - Armed person (s)
    - Suspicious person (s) and vehicle(s)
    - Unknown situations

- Additional Duties Performed:
  - Residence/Vehicle watch
  - Pre-posting of Administration Buildings
  - 
  - Attend various mission and support briefings and meetings
  - Stand additional gates as required by mission
  - Conduct interviews and complete Incident Reports and various other information logs
  - Perform additional required mission tasks as directed by (Country) PRS Detail Leader and DSS/AIC

5

Daily Operation Schedule



82,876



R-M001
6/22/05

**6    Daily Canine Operation**

Daily Exterior Sweeps:
- [          ]
- 
- 

Static Post Sweeps:
- [          ]
- 
- 

Off-Site Sweeps:
- [          
- 
- 
-           ]

B2
B7E

# APPENDIX K
# (TO SECTION C)
# EXAMPLE OF GUARD GENERAL ORDER FOR DS OVERSEAS GUARD FORCE

### 1. Purpose

General Orders: General Orders for the guard force provide directions and instructions of general application to all members of the Guard Force. Each member of the guard force is responsible for being fully familiar with and responsive to the General Orders.

These orders will not be modified or revised without the written authority of the DS Agent in Charge (AIC).

### 2. Mission

The primary mission of the guard force is to provide protection for United States personnel and U.S. Government employees and to protect U.S. Facilities and equipment from damage or loss due to violent attack and theft. The guard force act as an early warning signal to the Security Control Center and the PSO. The guard force also will carry out specific actions as described in these orders and individual Guard Post Orders in case of emergencies.

### 3. Manner of Performance of Duty and Uniform

    a. Guard personnel will be firm yet courteous, efficient, and tactful at all times while in the performance of their duties. They will never engage in arguments with any person, and will refer disagreements and misunderstandings to their Supervisor and the DS AIC. They must read, fully understand, and comply with all General and Post Orders.

    b. Guard personnel will, at all times, maintain a neat and clean appearance and, while on duty, be fully dressed in the prescribed guard uniform and equipment. Guards will be subject to inspection at any time.

    c. The guards must not participate in or support any activities, which would be disruptive to the performance of their duties or would decrease the efficiency of the guard force operation.

    d. Guard personnel will perform only those security duties identified by the guard portion of the WPPS contract, applicable Task Orders, and the AIC. Guards will not perform any other non-security related or unauthorized functions during duty hours, i.e., gardening, housekeeping chores, maintenance duties, or any other duty or act which distracts the guard from his/her intended purpose.

    e. Where appropriate, guards will maintain in a neat, orderly, legible fashion, all log books, ledgers, record books, incident reports, or any other written record of duties performed or of any security event.

    f. Guard personnel will not offer or divulge any information about Facility operations or personnel to anyone. Report immediately to their Supervisor and the AIC any attempt by individuals to solicit information regarding U.S. Government personnel or facilities.

    g. The relief guard will take complete charge of duties from the guard he/she relieves, including the Post Log Books and all other equipment maintained at the post.

    h. Guards will brief and pass on any special instructions to their relief guard concerning outstanding or significant events that occurred during the previous shift.

    i. Guards will be alert to their surrounding area and report to the Senior Guard, Shift Commander or Supervisor any vehicles or individuals acting in a suspicious manner.

    j. Guard personnel will control access to U.S. Government facilities and properties, protect life, maintain order, resist criminal attacks against Mission personnel, visitors, dependents and property, and resist any other form of violent attacks against same to include terrorist attacks all in accordance with Departmental and Mission policies.

    k.    Guard personnel will intercept, identify, and make the proper log entries for visitors and other appropriate persons to U.S. Government facilities. Further, guards will conduct inspections of persons, property, or vehicles, confiscate unauthorized items, and issue appropriate access control identification badges according to Departmental and Mission policies.

    l.    Guards will ensure that only authorized persons displaying a valid form of identification and legitimate visitors enter the area they are assigned to protect. Guards will not hesitate to challenge persons who do not have proper identification or who attempt to avoid specified access control procedures or policies.

    m.    Guard personnel will conduct periodic, non-routine inspections of their areas of responsibility and immediately report any unusual incident or circumstances, or emergency situation to the Senior Guard, Supervisor or Guard Force Commander, and the AIC.

    n.    Guards will not leave their assigned post until a relief guard properly relieves them.

    o.    Guard personnel will maintain a high standard of professionalism while on duty. Guards will be polite and courteous in the performance of their duties. They will not use abusive language, be late for work, or be inattentive. Guard personnel will not act in any manner detrimental to the reputation of their company or the United States Government.

    p.    Guard personnel at U.S. Government facilities must be able to demonstrate a working knowledge of Post's emergency action plans (fire, bomb, intruder, etc.). Basic training in emergency action response will be the responsibility of the Contractor.

    q.    Guard personnel will comply with all orders or instructions given to them by the Senior Guard, Shift Commander, Supervisor and the AIC.

    r.    Guards will not abuse their authority for personal or monetary gain.

    s.    Guard personnel will not gamble or engage in any illegal activity while on duty or while in uniform.

    t.    Guard personnel will not provide information about U.S. Government personnel or facilities to anyone without the specific approval of the AIC.

[u. ⌐ Meal breaks shall be scheduled at an appropriate time during tour of duty and shall be at a minimum 30 minutes in length. ⌐]    B2, b7E

The guard on duty is responsible for ensuring a proper post relief takes place including passing all pertinent information and the turn over all post property prior to departing post. Guards who leave with post property will be responsible for returning it immediately.

### 4. Guard Conduct

    a.    General and Post Orders: The local guards will follow the General Orders and Post Orders for each guard post.

    b.    Report for Work: Guard personnel will be punctual in reporting for duty at least [ ] prior to the start of each shift. During this time, the guards will participate in Roll Call Training as directed by the Shift Commander. The oncoming relief will secure on time to insure their presence at the assigned posts.

    c.    Honesty: The guards will not remove any item from an office, room, or compound, except under the instructions of his or her Supervisor, or the AIC.

    d.    Proper Use of Official Time: Guards will remain alert and vigilant at all times. They will not nap or sleep on post, engage in personal conversations in person or on the telephone, read newspapers, watch TV or attend to any other personal business during duty hours. Engaging in any of these activities may be cause for immediate dismissal. The guards will report to the Guard Supervisor when their assignments are accomplished.

    e.    Responsibility for Assigned Uniforms and Equipment: The guards are responsible for the uniforms and equipment assigned to them and for property and real items in their custody. The guards will wear clean, neat, and complete uniforms while on duty.

    f.    Support of the U.S. and Host Government Relations: The guards must not become involved in any activities which would prompt public criticism, or cause discredit or interference with U.S.-Host Government Relations.

    g.    Personal Activity on Post: The guards will not engage in any unofficial business on post; i.e., soliciting, canvassing, peddling, sales promotion of a commercial item, loan money for interest and etc.

    h.    Sexual Harassment: Guard personnel will not engage in any conversation or activity that may be interpreted as sexual harassment against members of the opposite sex.

    i.    Countermanding of Orders: Any countermanding of orders by anyone other than the AIC or his designated representatives, must be reported to the Guard Supervisor and to the PSG.

    j.    Guard Post Bound Logs: To maintain the Post Log upon assuming duty, during the time assigned, and at the time of relief as prescribed in the General Orders.

    k.    Incident Reports: To prepare immediately an Incident Report after observing a security incident. The Incident Report is given to the Guard Force Commander or Supervisor during post inspection.

    l.    Report to the PSG: To report immediately to the AIC through the Senior Guard, Guard Force Commander or Supervisor any attempt to elicit information regarding any of the programs or personnel.

[    m.    ]    b2 / b7E

## 5. Alcoholic Beverages/Narcotics and Dangerous Drugs

    a.    The drinking of intoxicating beverages on duty, or eight hours prior to assuming duty by guard personnel, is prohibited. Any guard who is incapacitated, or who has consumed alcoholic beverages during this period, will not be posted on duty. Guards will not drink alcoholic beverages on duty or off duty while in uniform.

    b.    Relief by an intoxicated person is prohibited. If a guard has reason to believe that their relief is intoxicated, they will not allow themselves to be relieved and will immediately notify the Senior Guard, Guard Force Commander or Supervisor.

    c.    The use of illegal substances, such as narcotics, dangerous drugs, marijuana, hashish, etc., at any time, by members of the guard force, is strictly prohibited. Any guard who is observed using, or possessing an illegal substance shall be removed from the Local Guard Force immediately.

    d.    When a guard is required to take medication on the order of his/her physician, the Guard Supervisor must be notified. Where it is determined that such medication may adversely affect the guard's ability to perform his/her duties, the guard will be prohibited from being assigned to post.

## 6. Roll Call Training

Roll Call Training will be conducted ⌊    ⌋ when the guards report for duty. The training will emphasize retention of learned skills. The Guard Force Commander or the Supervisor is responsible for Roll Call for his/her shift on a daily basis. Subjects for Roll Call Training may include surveillance detection, bomb search methods, baton and handcuffing training, body search methods and review of General and Post Orders.

## 7. Post Logs

Each guard post is provided with a Post Log. Post Logs provide specific instructions relative to the guard service to be provided at the guard post. It is the responsibility of each guard assigned to maintain the Post Log in the following manner:

    a.    Upon assuming the duty, the guard must enter the time, date, and his/her name.

b. Upon assuming duties at a post, the relief guard will inspect the post to insure that all guard equipment and supplies are present, and that all guard/security equipment is in good working condition. Such equipment may include telephones, radios, flashlights. Any malfunctioning or broken security equipment will be noted in the Post Log and will be reported to the Guard Force Commander or Supervisor immediately, and an Incident Report prepared.

c. During the time assigned, the guard is required to note the time and make an entry as to the nature of any event considered to be of a security nature. Examples are: an attempt to enter the facility or destroy government property by an outsider; and direct attacks by force on the guard post or guard personnel.

d. Where any security event occurs, the guard:

(1) Notifies his Supervisor and others as instructed in the Post Orders.

(2) Makes the appropriate entry in the Post Log.

(3) Prepares an Incident Report.

(4) Reports orally to the Guard Force Commander or Supervisor at the time of the next post inspection and provides him/her the Incident Report

e. During the time assigned, when the Supervisor provides specific instructions for the guard, such instructions are to be entered in the log, with the time indicated when they are received.

f. If, at any time, a guard is relieved on post for any reason, the guard assigned in relief must enter the time, his/her name, and the reason for the relief.

g. At the end of the assigned tour of duty, the guard must initial the log, assuring that all entries have been made properly during his period of assignment.

h. Guards will not falsify or unlawfully conceal, remove, mutilate or destroy any official document such as Post Logs or Incident Reports.

8. **Responsibility of the Shift Supervisor**

The Shift Supervisor is responsible for assuring the Post Logs are properly maintained and that all appropriate entries are made in accordance with the foregoing instructions. At such time that the Shift Supervisor (or Post Inspector) visits a guard post he must:

a. Inspect the guard post

b. Examine the Post Log

c. Enter the time

d. Sign his/her name attesting to the fact that he/she has successfully completed his/her inspection and that there have been no deficiencies.

9. **Official Incident Report**

a. An Incident Report will be prepared in all cases where an incident arises which are not of a routine nature. The report will be available to the AIC within 24 hours of the incident.

b. An Incident Report will be prepared as a supplemental report to the required entries in the Post Log. In no case will they be utilized in lieu of an entry in the Post Log.

c. It is important that all available information be recorded. Frequently, this is the sole source of information on which a more complete investigation can be based. Accuracy is of prime importance in all cases.

d. When it appears that immediate action is required concerning any incident, which arises, the Guard Supervisor, the Guard Force Commander, the Security Control Center (SCC) and the PSG will be notified at once.

### 10. Salute

Guard personnel are not to salute pedestrians or vehicles.

### 11. Identification of Persons

All staff members or employees of the Facility are required to show proper identification or authorization before being permitted to enter the Compounds. Proper Identification to the Facility will be one of the following:

a.
b.
c.
d.
e.



b2
b7E

### 12. Improper Identification Card or No Identification Card

a. In the case of a person without an ID card or a person in possession of a card which differs from those listed in Section (11), the guard shall contact SCC on duty or AIC and state the circumstances involved.

b. When notified that a visitor has arrived at the post, the guard will contact [       ] who will give permission for the visitor to proceed.

### 13. Telephone and Radio Communication

a. The guard while on duty and handling official telephone calls or inquiries, will be courteous and polite and assist the caller if possible. All official information calls and inquiries will be referred to the proper person or the SCC on duty.

b. Requests from Host Government Law Enforcement Agencies concerning personnel will be limited to acknowledging that the person is a member of the Facility staff only. [      ]

c. The telephone located on guard posts and radios issued to the guards or the guard posts, will be used for official business only.

### 14. Removal of Government Property

The guards shall be observant of all employees or visitors departing the facility compounds to prevent unauthorized removal of any U.S. Government property. A memorandum signed by the American supervisor will properly authorize any property being removed from the official facilities by Foreign Nationals or Third Country Nationals. The memorandum shall be retained by the guard and delivered to the Guard Force Commander or Supervisor at the time of his/her next post inspection. Additionally, Guard shall document in the post logbook entry, any property being removed from the official facilities by Foreign Nationals or Third Country Nationals

### 15. Safeguarding Official Information, Records, and Documents

The guards shall not disclose official information, records, and documents to unauthorized personnel. The guards shall not discuss the nature of their duties, nor repeat to others what they may have seen or heard while on duty except as necessary to conduct their duties. The guards shall provide correct and valid information and documents required in connection with their duties only to the Guard Force Commander and Guard Supervisor. [                    ]

### 16. The Use of Force

The use of force is defined as the physical application of violence upon or against a person in any way including the use of [       ]

The [ ] serves as a defensive weapon for the guards. Its use by the guards is defined as follows:

    a. The [ ] will only be used after all non-violent efforts are exhausted to quell a disturbance at any post manned by the guards.

    b. It will only be used to protect the guard or persons on the post from actual bodily harm by another person or persons. The oral threat of bodily harm is insufficient justification for the use of the [ ]

    c. Abusive and/or obscene language directed at the guard or a third party is insufficient justification for the use of the [ ]

    d. Any person attempting to strike the guard, in the performance of duty or to forcibly detain him, causing a serious disturbance on the post by striking or assaulting the guard or another party, or in any way causing injury, constitutes sufficient justification to use the [ ]

    e. Only the minimum use of force necessary for the restoration of order is authorized.

b2
b7E

### 17. The Use of Deadly Force

The use of deadly force is defined as the application of lethal force by use of a firearm upon a person attempting to inflict bodily harm to or threatening the life of the guard or another person.

The use of a firearm by local guards serves as a defensive weapon. The guard's use of a firearm to apply Deadly Force is justified as follows:

    a. Deadly Force will only be used after all non-violent efforts are exhausted to stop a life threatening disturbance at any post manned by the guards.

    b. Deadly Force will only be used to protect the life of the guard or person on the post from lethal bodily harm by another individual or individuals. The oral threat of bodily harm is insufficient justification for the use of Deadly Force.

    c. Abusive and/or obscene language directed at the guard or another individual is insufficient justification for the use of Deadly Force.

    d. Any person attempting to use lethal force on a guard, or lethally assaulting the guard or another individual, or in any way causing the death of another individual, constitutes sufficient justification for the use of Deadly Force.

    e. The use of Deadly Force represents the last resort by a guard for the restoration of order.

### 18. Fire Prevention and Reporting

The guards should frequently review the General and Post Orders in the event of an emergency. It is important that only correct and prescribed procedures are followed in order to minimize the emergency. More specific instructions, concerning emergencies, for each guard post are in the Post Orders.

    a. General: The objectives of fire prevention and reporting, in the order of their importance are to:

        (1) If the guard discovers a fire, he/she should report it immediately and request assistance; inform SCC or activate the fire alarm, prior to attempting to extinguish the fire.

        (2) Prevent the fire from starting.

        (3) Inform employees in the immediate vicinity of the fire and order them to evacuate the area immediately.

        (4) Prevent the loss of life and property in case a fire should start.

        (5) Confine the fire to its place of origin.

        (6) Secure all elevators, return to ground floor and throw "Emergency Stop" switches within the elevators.

    b. Preventive Measures:

(1) Proper fire prevention measures, coupled with common sense will prevent most fires from starting. It is imperative that the guard constantly be on the look out for fire hazards, particularly in waste cans and electrical equipment. Overloaded electrical outlets are among the leading causes of fire. Whenever a fire hazard is discovered, it will be immediately reported to the SCC, and the AIC through the Supervisor. Appropriate entries are to be made in the Post Log and an Incident Report will be prepared.

(2) Know where the various types of fire extinguishers are located, particularly those nearest to the guard's assigned post. Know which is appropriate for the type of fire being fought.

c. **Know Whom to Contact:**

The following contacts shall be made in case of fire:

(1) Fire Department:

(2) The SCC and the AIC through the Guard Force Commander or Supervisor.

d. **Sounding Alarm:** Once a fire is discovered, the first thing the guard(s) must do is to sound the fire alarm. Any person available may be instructed to sound the alarm while the guards carry out the instructions set forth in the preceding paragraphs. If an alarm system is not available, the guard(s) must shout "fire."

e. All guards will read and must have full knowledge of the Facility Fire Plan.

### 19. Bombs, Incendiary Devices, and Firearms

a. If a bomb or incendiary device, or what may have the appearance of a bomb or incendiary device, is discovered, the guard(s) should immediately clear the area and notify the SCC and the AIC through the Supervisor.

*Under no circumstances should the guard touch or in any way disturb the suspicious article or package.* DO NOT TOUCH or move any item suspected of being a bomb or incendiary device. The guard(s) should standby to prevent its being touched or disturbed by other persons. Employees working in the area where the suspicious article or package is located should be evacuated until the cause of the danger is removed. The general rule to follow is: "Clear the immediate area and call the appropriate authorities."

b. Explosive disposal assistance can be obtained by calling the SCC.

c. Should the guard(s) on duty receive a bomb threat from any source, he/she will immediately contact the SCC and the AIC through the Shift Commander or the Supervisor. If the guard receives a bomb threat, the guard will try to determine where the bomb is located, when the bomb is set to detonate, what it looks like, who placed the bomb and why the bomb was placed. The most important information is when the bomb is set to detonate and where the bomb is located. Other information like the description of the voice and background noise is important for the guard to determine. This information will be reported in the Post Log and an Incident Report prepared.

d. Should a bomb explode on or near the guard post, keep the area clear of people. REMEMBER, DURING THE CONFUSION OF A BOMB BLAST, THE GUARDS MUST STILL PROVIDE SECURITY FOR EMPLOYEES OR OTHER PEOPLE IN THE AREA.

e. The guards will not allow anyone to enter the Embassy compound or other official facilities, who [ ] except for authorized personnel. The guards will be especially watchful for attempted entry of firearms or explosives under cover. In the event such devices are detected, the guard wil [ ]
[ ]

Failure to comply with any General Order will result in the permanent removal of the delinquent guard.

### 20. Chemical and/or Biological Awareness and Countermeasures

a. All guard personnel shall stay on alert for indications of Chemical and/or Biological Attack or Agent, which could include the following:

b. If the guard(s) on duty receives a chemical and/or biological threat from any source, the guard must immediately contact the [          ]
Relay all pertinent information, including the type of chemical and/or biological agent, the location and time of the attack, if known, [                                                          ] This information will be reported in the Post Log and an Incident Report prepared.

c. If a chemical and/or biological threat or attack occurs, keep the area near the guard post clear of people. REMEMBER, DURING THE CONFUSION OF THIS TYPE OF ACT, THE GUARDS MUST STILL PROVIDE SECURITY FOR EMPLOYEES OR OTHER PEOPLE IN THE AREA.

d. [                                                                                      ]

The guards must be especially watchful for attempted entry of firearms or explosives or chemical/biological agents [                                                              ]

e. All guards shall be aware when performing grounds/perimeter patrols of the following:

(1) Be alert to use of [                                                                  ]

(2) When patrolling public areas look for [                                    ] If found immediately alert the supervisors, AIC. Particular attention must be paid to insure buildings air vents cannot be approached by anyone using such devices.

(3) [                                                                  ] In all cases, these non-employees shall be escorted by the Guard or employee personnel.

[                                                                  ]

R-M001
6/22/05

## APPENDIX L
## (TO SECTION C)
## SPECIFICATIONS FOR GUARDS TRAINING

1. Types of Training

The types of training required for this contract are:

- Basic Training
- Firearms Qualification
- ( )
- Explosive detection and X-ray
- Refresher Training
- GEMS
- CCTV

The training requirements identified below apply to all guards employed by the Contractor under this contract.

Records. The Contractor shall maintain employee training records to document the training each employee receives until expiration of the task order. All training records shall be maintained in files with copies to be provided to DS HTPOPS.

2. Basic Training

Before assigning an employee, the Contractor shall have the employee satisfactorily complete a program of basic training approved by the COR. This program shall be a minimum of 80 hours and include the activities listed below. An additional 40 hours of firearms qualification training is required, if this task order requires firearms. This Basic Training requirement does not apply to employees who have already completed the training. All costs of basic training, including labor, are the responsibility of the Contractor.

The Guard Force Commander and Supervisors and all Guard Force personnel must qualify with the ( ) ( ) and as specified in the Task Order.

b2, b76

The training requirements are described as follows:

- Orientation. Introduction to the training program, training objectives, the role of the guard force in the Mission Security Plan.
- U.S. Government Assets. Description of U.S. assets to be protected, including name, location, and function. The RSO or Government designee shall provide this information.
- Local Law and the Power of Arrest. The powers and legal limitations of the guard to use force and arrest offenders, and the relationship of the guard force to the host government security forces.
- Terrorism and Criminality. Description of the nature of the threat to U.S. assets, with examples.
- Fires and Explosions. Description of the threat to assets of fire and explosions, with examples.
- Mission Emergency Plans. Role of the guard force in cases of fire, explosions, bomb search, and building evacuation. The RSO or Government Designee shall provide this information.
- Physical Security Measures Employed by the Mission. Description of the access control systems employed, including alarms used (anti-intrusion and fire).
- Basic Guard Duties. General description of guard actions for protection of facilities and residences. Denial of access to unauthorized persons, preparation and maintenance of guard force records, logs, and reports.
- Guard Force Communications. Procedures to be used in case of incident; notification of others; use of radio equipment.
- General Orders and Post Orders. Emphasis on guard responsibilities, conduct, and penalties for violating orders.

R-M001
6/22/05

- Maintenance of Post Logs and Preparation of Incident Reports. Procedures for preparing daily logs of incident reports.
- **Unarmed Defense and Restraint of Disorderly Persons.** Procedures for defending against physical attack; procedures for restraining others; guidance on the use of force.
- The Use of Personal Equipment. Procedures for the use of the ( ) applicable.
- Access Control Equipment Use and Procedures. ( ) visitor control systems, including badge issuance and control. (Training shall include general coverage of this subject for all guard personnel, with special hands-on training for those with access control duties.)
- Observation Techniques. Use of observation techniques for static guards, mobile patrol units, and foot patrols to identify, report and record suspicious acts and persons. ( )
- Dealing with Government Employees and the General Public. Procedures to be used when conversing with Government employees and the general public; actions to be taken when confronted by hostile individuals and mentally disturbed persons.
- ( )
- First Aid. First responder/safe haven training.
- Use of Force/Force Continuum. Procedures to prevent/stop assault when someone's life is in danger.

b2
b7E

### 3. Basic Firearm Training

Basic Firearm Training shall be a minimum of ( ) hours of training. This training shall be conducted in both a classroom environment and at a suitable firing range. A syllabus for training must be submitted and approved by the COR prior to commencement of training, and the COR or Government Designee has the right to be present during any or all stages of training. Firearm training shall address the weapons with which the guards are armed.

The contractor shall furnish all material necessary for the training including classrooms, firing range, targets, target holders, ammunition and weapons as directed in Task Orders. The contractor's training program shall include the following activities:

Classroom instruction shall include weapon nomenclature, weapon safety features, safe weapon handling, proper weapon stowage and proper marksmanship techniques. Instruction will be provided regarding the host country laws and regulations that pertain to carrying and use of the weapon. Elements of the General Orders and Post Orders covering weapons and armed post will also be included.

Firing Range training shall include hands on familiarization with the proper use of the weapon, firing positions, firing ( ) firearm safety, cleaning, and maintenance of the firearm. This aspect of the firearm training shall include familiarization firing of the weapon with the minimum rounds of ammunition required in Attachment 10.

Employees must have satisfactorily previously completed the Basic Firearm Training and documentation of the satisfactory completion of basic firearms training course shall be subject to the review and approval by the COR.

### 4. Vetted Weapons/Firearm Instructor.

All weapons training conducted by the contractor shall be performed under the direction of DS vetted Instructor or Instructors. The Instructor(s) shall be of a qualification level necessary to provide weapon instruction for the weapons issued. The Contractor shall provide proof of the instructor's certification to the COR prior to conducting weapon training.

### 5. Weapon Certification

All contract guard employees who must be armed in the performance of their duties must qualify with the weapon utilizing the standards described in Attachment 10 prior to assignment to an armed guard post under this contract. Contract guard employees shall re-qualify at least quarterly.

### 6. Weapon Maintenance.

The contractor is responsible for providing all cleaning supplies and for cleaning the weapon. Weapons shall be cleaned weekly at the contractor's training site, and the contractor will maintain a log listing weapon make, model, serial number and the date on which it was cleaned.

### 7. Weapon Misuse.

The misuse, mishandling, or negligent firing of any weapon by a contractor employee, or, if applicable, police contracted for by the contractor, may result that the contractor, at COR direction, to immediately remove the individual from any further services provided under this contract.

### 8. Firing Range

The contractor is responsible for obtaining the use of a firing range suitable for the weapons to be fired. The range or other suitable facility shall have adequate space to allow for instruction to occur. The contractor is responsible for furnishing all materials for firing at the range, including hearing and eye protection, targets, and target stands. The contractor is responsible for transporting the guards to and from the firing range.

### 9. Annual Refresher Training

The Contractor shall have each employee successfully complete at le. (       ) of annual refresher training. The Contractor shall not provide services of employees unless they are certified on all required training. The training shall include any new material affecting the performance of guard duties. All costs of refresher training, including labor, are the responsibility of the Contractor. Upon completion of annual refresher training, the Contractor shall notify the COR which guards have completed the required training and shall update the employees' administrative files accordingly.

b2
b7c

### 10. Training

A syllabus/lesson plans for training must be submitted and approved by the COR prior to commencement of training, and the COR has the right to be present during any or all stages of training.

### 11. General and Post Orders

The basic procedures for the operation, maintenance and protection of facilities and properties will be contained in the General and Post Orders. Guidance may be issued to the guard force such as Supervisory and Special Orders, Circulars and other memoranda. A brief description of these documents is provided below.

General Orders: Permanent directives of policy and procedures that apply to all employees in the Program.

Post Orders: Permanent directives of policy and procedures that apply to specific fixed posts or patrols.

Supervisory Orders: Permanent directives concerning policy and procedures that apply to supervisors.

Special Orders: Temporary orders that pertain to a special or unusual event, e.g., a visit by a foreign official or dignitary, an inaugural ceremony, or a high threat situation.

Circulars: Short documents, usually informal, issued as needed to focus attention on a specific topic or event. Circulars are issued by the RSO or Government Designeer by the Contractor after clearance by the RSO or Government Designee pertaining to conditions or practices that require a clear and definitive understanding.

The Government will furnish. The contractor shall be responsible for drafting the General Orders and post specific orders. The Government will provide samples of generic post order. Post Orders shall be submitted to the RSO or Government Designee and COR for approval prior to the post being manned.

Once approved, the Contractor shall maintain the Post Orders and ensure copies are available for use by the Post. Supervisory Orders, Special Orders and Circulars will be issued as needed during performance of the contract.

    a.   General. Before an employee may be assigned to any guard duty, the Contractor shall ensure that the employee satisfactorily completes a program of basic training approved by the COR. This program shall be a minimum of ( ) This ( ) program shall not include ( ) or firearms qualification training.

## 12. Weapons Qualification Training

Note: The Government reserves the right to observe all firearms training conducted by the Contractor.

b2
b7E

Certified Firearm Instructor. The Contractor shall ensure that all firearm training conducted by the Contractor is performed under the instruction of a Certified Firearms Instructor(s). Firearms instructors shall be qualified at a level necessary to provide firearms instruction for the weapons identified in the contract and each individual Task Order. The Contractor shall provide proof of the firearms instructor's certification to the COR prior to conducting firearms training.

    a.   General. The Contractor shall:

- Ensure that all guards shall demonstrate acceptable proficiency in the use and handling of handguns. ( ) Weapons legally permitted by the host country).
- Ensure that guards assigned to specific posts demonstrate acceptable proficiency in the use and handling of the ( ) firearms specific to those assignments, as specified in the Task Orders
- Ensure that weapons training meets the DS qualification standards or Contractor standards, whichever is the higher standard, as determined by the COR.

    b.   Specifics. The Contractor shall:

- Ensure that weapons training is a minimum of ( )
- Ensure that training is conducted both in a classroom environment and at a suitable firing range
- Furnish all materail necessary for the training, including:
    - Classrooms
    - Firing range
    - Targets
    - Target holders/stands
    - Hearing and eye protection, etc.
    - Ammunition
    - Weapons
- Ensure that training includes the following:
    - Classroom
        b.   Weapon nomenclature
        c.   Weapon safety features
        d.   Safe weapon handling
        e.   Proper weapon stowage
        f.   Proper marksmanship techniques
        g.   Host country laws and regulations that pertain to carrying and use of the weapon
        h.   Elements of General and Post Orders covering weapons
    - Firing Range
        i.   Hands on familiarization with the proper use of the weapon
        j.   Firing positions
        k.   Firing (this shall the firing of a minimum ( ) rounds of ammunition per each weapon being trained)

R-M001
6/22/05

l. [ ]
m. Firearm safety
n. Cleaning and maintaining the firearm

13. **PR-24 Training**

The Contractor shall provide training in the use of the [ ] acceptable to DS. At a minimum, this training shall be sufficient to satisfy any governmental regulations or requirements of the Host country.

14. **Explosives Detection and X-Ray Inspection Training**

The Government will conduct explosive detection system and X-Ray system training.

The Contractor shall notify the government 14 days in advance of the need for the Government provided explosive detection and X-Ray training.

15. **Refresher Training**

The Contractor shall ensure that each employee successfully completes at least [ ] of annual refresher training. The Contractor shall ensure that no guard employees are assigned to posts under this contract until they have been certified as completing all required refresher training. Refresher training shall include any new material affecting the performance of assigned guard functions/duties.

16. **Instructors**

The Contractor shall:

- Ensure that all guards weapons training is conducted by vetted instructors
- Ensure that the instructors are qualified to a level necessary to provide weapons instruction for the weapons identified above and in the Task Orders
- Provide proof of instructor's certification to the COR prior to conducting any training

b2
b7E

## COURSE INFORMATION

### Hours of Program of Instruction

| Course | Lecture | Practical Exercise | Total Hours |
|---|---|---|---|
| Orientation | TBD | TBD | TBD |
| U.S. Government Assets | TBD | TBD | TBD |
| Local Law and the Power of Arrest | TBD | TBD | TBD |
| Terrorism and Criminality | TBD | TBD | TBD |
| Fires and Explosions | TBD | TBD | TBD |
| Mission Emergency Plans | TBD | TBD | TBD |
| Physical Security Measures Employed by the Mission | TBD | TBD | TBD |
| Basic Guard Duties and GEMS procedures | TBD | TBD | TBD |
| Guard Force Communications | TBD | TBD | TBD |
| General Orders and Post Orders | TBD | TBD | TBD |
| Maintenance of Post Logs and Preparation of Incident Reports | TBD | TBD | TBD |
| Unarmed Defense and Restraint of Disorderly Persons | TBD | TBD | TBD |
| The Use of Personal Equipment | TBD | TBD | TBD |
| Access Control Equipment Use and Procedures | TBD | TBD | TBD |
| Observation Techniques | TBD | TBD | TBD |
| Dealing with Government Employees and the General Public | TBD | TBD | TBD |
| [ ] | TBD | TBD | TBD |
| First Aid | TBD | TBD | TBD |
| Use of Force/Force Continuum | TBD | TBD | TBD |
| **TOTAL HOURS** | | | **80** |