

## U. S. Department of Justice

### *George E. B. Holding*

*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*     *Telephone (919) 856-4530*
*310 New Bern Avenue*     *Criminal FAX (919) 856-4487*
*Suite 800*     *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*     *www.usdoj.gov/usao/nce*

April 23, 2010

Dennis P. Iavarone
Clerk, U.S. District Court
Raleigh, NC 27601

        Re: R. Daniel Brady, et al. v.
            XE Services LLC, et al.
            No. 5:09-CV-449-BO

Dear Mr. Iavarone:

    The United States was served on April 12, 2010, with a Motion To Substitute the United States In Place of Corporate Defendants Pursuant to the Westfall Act. This is a Petition under the Westfall Act, 28 U.S.C. § 2679(d)(3) requesting that the Court "find and certify" Xe Services LLC, Blackwater Security Consulting LLC, U.S. Training Center, Inc., Raven Development Group LLC, GSD Manufacturing LLC, Prince Group, LLC, Total Intelligence Solutions LLC, Greystone Limited a/k/a Greystone Ltd., Terrorism Research Center, Incorporated, Technical Defense Associates, Incorporated, Aviation Worldwide Services, LLC, Guardian Flight Systems LLC, Presidential Airways, Inc., STI Aviation, Inc., Air Quest, Inc., Samarus Co. Ltd. and Eric Prince were employees acting within the scope of their office or employment pertaining to the events that are the subject of the underlying litigation. The United States will answer or otherwise respond to this Westfall petition within 60 days from April 12, 2010.

                              GEORGE E.B. HOLDING
                              United States Attorney


                              /s/ R. A. Renfer, Jr.
                              R. A. RENFER, Jr.
                              Assistant United States Attorney
                              Chief, Civil Division

RAR,JR:sb

cc: Eric H. Cottrell, Esq.
    Andrew J. Pincus, Esq.
    Peter H. White, Esq.
    James A. Roberts, III, Esq.
    Edward H. Maginnis, Esq.
    Keith H. Johnson, Esq.
    Gary V. Mauney, Esq.