

**U. S. Department of Justice**

*George E. B. Holding*

*United States Attorney*
*Eastern District of North Carolina*

---

*Terry Sanford Federal Building*     *Telephone (919) 856-4530*
*310 New Bern Avenue*     *Criminal FAX (919) 856-4487*
*Suite 800*     *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*     *www.usdoj.gov/usao/nce*

April 23, 2010

Dennis P. Iavarone
Clerk, U.S. District Court
Raleigh, NC 27601

        Re:   R. Daniel Brady, et al. v.
                XE Services LLC, et al.
                No. 5:09-CV-449-BO

Dear Mr. Iavarone:

    The United States was served on April 8, 2010, with Defendants Ball, Heard, Liberty, Slatten and Slough's Motion To Substitute the United States as Defendant Pursuant to the Westfall Act. This is a Petition under the Westfall Act, 28 U.S.C. § 2679(d)(3) requesting that the Court "find and certify" Donald Wayne Ball, Dustin L. Heard, Evan Shawn Liberty, Nicholas Abram Slatten and Paul A. Slough were employees acting within the scope of their office or employment pertaining to the events that are the subject of the underlying litigation. The United States will answer or otherwise respond to this Westfall petition within 60 days from April 12, 2010.

                                  GEORGE E.B. HOLDING
                                  United States Attorney


                                  /s/ R. A. Renfer, Jr.
                                  R. A. RENFER, Jr.
                                  Assistant United States Attorney
                                  Chief, Civil Division

RAR,JR:sb

cc:   Eric H. Cottrell, Esq.
      Andrew J. Pincus, Esq.
      Peter H. White, Esq.

James A. Roberts, III, Esq.
Edward H. Maginnis, Esq.
Keith H. Johnson, Esq.
Gary V. Mauney, Esq.