IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case 5:09-cv-449-BO

| | |
|---|---|
| R. DANIEL BRADY, ET AL., | ) |
| Plaintiffs, | ) |
| vs. | ) |
| XE SERVICES LLC, BLACKWATER SECURITY CONSULTING LLC, ET AL., | ) |
| Defendants. | ) |

## ORDER RE:
## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO INDIVIDUAL DEFENDANTS' MOTION TO SUBSTITUTE THE UNITED STATES AS DEFENDANT PURSUANT TO THE WESTFALL ACT

For good cause shown on the record, Plaintiffs' Unopposed Motion for Extension of Time (DE 68, filed April 27, 2010) to Respond to Individual Defendants' Motion to Substitute the United States as Defendant Pursuant to The Westfall Act, is granted.

**IT IS HEREBY ORDERED** that the deadline for plaintiffs to respond to the Motion of Individual Defendants Ball, Heard, Liberty, Slatten and Slough to Substitute the United States as Defendant Pursuant to the Westfall Act is hereby extended to June 11, 2010.

This the _____ day of _____, 2010.

Terrence W. Boyle
United States District Judge