**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**Case 5:09-cv-449-BO**

R. DANIEL BRADY, ET AL.,     )
                                         )
        Plaintiffs,          )
                                         )
    vs.                       )
                                       )
XE SERVICES LLC,         )
BLACKWATER SECURITY    )
CONSULTING LLC, ET AL.,    )
                                       )
        Defendants.     )
                                       )

**ORDER RE:**
**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**CORPORATE DEFENDANTS' MOTION TO SUBSTITUTE THE UNITED STATES IN**
**PLACE OF DEFENDANTS PURSUANT TO THE WESTFALL ACT**

       For good cause shown on the record, Plaintiffs' Unopposed Motion for Extension of Time (DE 69, filed April 27, 2010) to Respond to Corporate Defendants' Motions to Substitute the United States in Place of Defendants Pursuant to The Westfall Act, is granted.

       **IT IS HEREBY ORDERED** that the deadline for plaintiffs to respond to the Corporate Defendants' Motion to Substitute the United States in Place of Defendants Pursuant to the Westfall Act is hereby extended to June 11, 2010.

       This the _____ day of _____, 2010.


_____
Terrence W. Boyle
United States District Judge