# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

Civil Action No.: 5:09-cv-00449-BO

| | | |
|---|---|---|
| R. DANIEL BRADY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| XE SERVICES LLC, ET AL,. | ) | |
| | ) | |
| Defendants. | ) | |

Please take notice that Defendants Aviation Worldwide Services LLC; Guardian Flight Systems LLC; Presidential Airways Inc.; STI Aviation Inc.; Air Quest Inc.; and Samarus Co Ltd. will be represented in this action by Paul K. Sun, Jr., of the law firm of Ellis & Winters LLP.

This the 19th day of May, 2010.

ELLIS & WINTERS LLP

By:  /s/ Paul K. Sun, Jr.
Paul K. Sun, Jr.
North Carolina Bar No. 16847
Post Office Box 33550
Raleigh, NC 27636
Voice: (919) 865-7000
Facsimile: (919) 865-7010
Email: Paul.sun@elliswinters.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have electronically filed a copy of the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system, which will send notification of such filling to the following:

Brooke N. Albert
Gary V. Mauney
James A. Roberts, III
Paul R. Dickinson , Jr.
Lewis & Roberts, PLLC
P. O. Box 17529
Raleigh, NC 27619
Email: brookealbert@lewis-roberts.com
        garymauney@lewis-roberts.com
        jimroberts@lewis-roberts.com
        pauldickinson@lewis-roberts.com

Eric H. Cottrell
Mayer Brown LLP
214 North Tryon St.
Suite 3800
Charlotte, NC 28202
Email: ecottrell@mayerbrown.com

Peter H. White
Schulte Roth & Zabel LLP
1152 15th St., N.W., Suite 850
Washington, DC 20005
Email: peter.white@srz.com

Keith Harrison Johnson
Poyner Spruill LLP
301 Fayetteville St., Suite 1900
Raleigh, NC 27602-1801
Email: kjohnson@poynerspruill.com

Edward Hallett Maginnis
Maginnis Law
6030 Creedmoor Rd.
Raleigh, NC 27612
Email: emaginnis@maginnislaw.com


This the 19th day of May, 2010.

/s/ Paul K. Sun, Jr.
Paul K. Sun, Jr.