IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case 5:09-cv-449-BO

| | |
|---|---|
| R. DANIEL BRADY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **REQUEST FOR EXPEDITED HEARING** |
| ) | |
| XE SERVICES LLC, ) | |
| BLACKWATER SECURITY ) | |
| CONSULTING LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

The above-captioned plaintiffs, by and through undersigned counsel, pursuant to Local Civil Rule 7.1(i), EDNC, request an expedited hearing on their Motion for Order Shortening Time to Respond to Jurisdictional Discovery ("Motion"). [D.E. 77]. In support of this request, plaintiffs show as follows:

1. On May 19, 2010, plaintiffs filed their Motion requesting the Court to shorten the time within which defendants must respond to jurisdictional discovery to <u>10 days</u>. Since plaintiffs have only been granted a total of 30 days to conduct jurisdictional discovery, the purpose of the Motion is to afford plaintiffs an adequate opportunity to incorporate the results of their jurisdictional discovery into their opposition to Defendant Jeremy Ridgeway's 12(b)(2) Motion to Dismiss. [D.E. 37].

2. Unless the Court rules expeditiously on plaintiffs' Motion, it will be mooted, and plaintiffs will be deprived of the relief sought. In order to facilitate the Court and parties' schedules, plaintiffs consent to conducting a hearing by telephone conference.

WHEREFORE, plaintiffs respectfully request that this Court allow them an expedited hearing on their Motion to Shorten Time.

{00376106.DOC}

This, the 20th day of May, 2010.

/s/ James A. Roberts, III
James A. Roberts, III
N. C. State Bar No. 10495
jimroberts@lewis-roberts.com
Brooke N. Albert
N.C. State Bar No. 36584
brookealbert@lewis-roberts.com

**LEWIS & ROBERTS, PLLC**
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Telephone: 919-981-0191
Facsimile: 919-981-0199

/s/ Paul R. Dickinson, Jr.
Paul R. Dickinson, Jr.
N.C. Bar No. 20510
pauldickinson@lewis-roberts.com
Gary V. Mauney
N.C. Bar No. 22190
garymauney@lewis-roberts.com

**LEWIS & ROBERTS, PLLC**
5960 Fairview Road, Suite 102
Charlotte, NC 28210
Telephone: 704-347-8990
Facsimile: 704-347-8929

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Eric H. Cottrell
ecottrell@mayerbrown.com

Peter H. White
peter.white@srz.com

*Attorneys for Defendants Xe Services, LLC, Blackwater Security Consulting LLC, U.S. Training Center, Inc., Raven Development Group LLC, GSD Manufacturing LLC, Prince Group, LLC, Total Intelligence Solutions LLC, Greystone Limited a/k/a Greystone Ltd., Terrorism Research Center, Incorporated, Technical Defense Associates, Incorporated, Aviation Worldwide Services, L.L.C., Guardian Flight Systems LLC, Presidential Airways, Inc., STI Aviation, Inc., Air Quest, Inc., Samarus Co. Ltd. and Erik Prince*

Keith Harrison Johnson
kjohnson@poynerspruill.com

Edward H. Maginnis
emaginnis@maginnislaw.com

*Attorneys for Defendants Donald Wayne Ball, Dustin L. Heard, Evan Shawn Liberty, Nicholas Abram Slatten, and Paul Alvin Slough*

*Attorneys for Defendant Jeremy P. Ridgeway*

Paul K. Sun, Jr.
Paul.sun@elliswinters.com

*Attorneys for Aviation Worldwide Services LLC; Guardian Flight Systems LLC; Presidential Airways Inc.; STI Aviation Inc.; Air Quest, Inc.; Samarus Co Ltd.*

and by mailing a copy via U.S. Mail to the following:

George E.B. Holding
United States Attorney
R.A. Renfer, Jr.
Assistant United States Attorney
Chief, Civil Division
Eastern District of North Carolina
Terry Sanford Federal Building
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461

*Attorneys for United States of America*

[signature block follows – next page]

/s/ Brooke N. Albert
Brooke N. Albert
N.C. State Bar No. 36584
brookealbert@lewis-roberts.com
**LEWIS & ROBERTS, PLLC**
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Telephone:   919-981-0191
Facsimile:   919-981-0199
*Attorneys for Plaintiffs*