UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-449-BO

| | |
|---|---|
| R. DANIEL BRADY, ET AL., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| XE SERVICES LLC, BLACKWATER ) | |
| SECURITY CONSULTING LLC, ET AL., ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Plaintiffs' Motion for Clarification and Motion for Order Shortening Time to Respond to Jurisdictional Discovery. Plaintiffs' Motions are GRANTED. Pursuant to this Court's Order filed May 18, 2010, Plaintiffs' Motion for Jurisdictional Discovery and Motion for an Extension of Time to Respond in Opposition to Defendant Ridgeway's Motion to Dismiss were both granted. Plaintiffs have thirty (30) days from the filing of the previous Order to conduct jurisdictional discovery. Plaintiffs then have an additional fourteen (14) days to respond in opposition to Defendant Ridgeway's Motion to Dismiss.

For good cause shown, and pursuant to Rules 33(b)(2), 34(b)(2)(a), and 36(a)(3) of the Federal Rules of Civil Procedure, Defendants are ORDERED to respond to jurisdictional discovery requests within fourteen (14) days from the date of service. Plaintiffs are reminded that the scope of jurisdictional discovery is limited to determining whether this Court has personal jurisdiction over Defendant Ridgeway.

SO ORDERED.

This 21 day of May, 2010.

                                      TERRENCE W. BOYLE
                                      UNITED STATES DISTRICT JUDGE