UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-449-BO

| | |
|---|---|
| R. DANIEL BRADY, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| XE SERVICES LLC, BLACKWATER ) | |
| SECURITY CONSULTING LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the parties' joint motion for leave for Corporate Defendants to supplement the Appendix to its Motion to Dismiss to add inadvertently omitted pages; and for an Extension of Time for Plaintiffs and the United States to respond to Defendants' Motions to Substitute the United States as Defendant pursuant to the Westfall Act. D.E.'s #62 and 64.

For good cause shown, and by consent of all the parties', this Motion is GRANTED. Plaintiffs and the United States have up to and including July 12, 2010 to file a response to Defendants' Motions to Substitute the United States as Defendant pursuant to the Westfall Act.

SO ORDERED.

This 14 day of June, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE