IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CV-449-BO

| R. DANIEL BRADY, ET AL. | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| XE SERVICES LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Consent Motion for Extension of Time within which the parties must complete jurisdictional discovery and within which plaintiffs must respond to Defendant Ridgeway's motion to dismiss. For good cause shown, the Motion GRANTED.

This Court hereby extends the deadline for jurisdictional discovery for an additional thirty (30) days from the entry of this Order and grants Plaintiffs fourteen (14) days thereafter in which to respond to Defendant Ridgeway's Motion to Dismiss.

SO ORDERED, this 21 day of June, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE