IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| R. DANIEL BRADY ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>XE SERVICES LLC ET AL., )<br>)<br>Defendants. )<br>) | Civil Action No. 5:09-CV-00449-BO |

## NOTICE OF FILING REVISED APPENDIX

Defendants Xe Services LLC, Blackwater Security Consulting LLC, U.S. Training Center, Inc., Raven Development Group LLC, GSD Manufacturing LLC, Prince Group, LLC, Total Intelligence Solutions LLC, Greystone Limited a/k/a Greystone Ltd., Terrorism Research Center, Incorporated, Technical Defense Associates, Incorporated, Aviation Worldwide Services, LLC, Guardian Flight Systems LLC, Presidential Airways, Inc., STI Aviation, Inc., Air Quest, Inc., Samarus Co. Ltd. and Erik Prince (collectively, the "Corporate Defendants") hereby submit a revised Appendix in connection with their Motion to Dismiss, dkt. #27, attached hereto as Exhibit 1. This revised Appendix has been reviewed by the State Department, and the State Department has expressly authorized the Corporate Defendants to file the pages contained in Exhibit 1 in unredacted form.

Dated: July 2, 2010

Respectfully submitted,

/s/ Eric H. Cottrell
Eric H. Cottrell
N.C. Bar No. 21994
ecottrell@mayerbrown.com
MAYER BROWN LLP

1

20956195

214 North Tryon Street, Suite 3800
Charlotte, North Carolina 28202
(704) 444-3500
(704) 377-2033 (fax)

Peter H. White
SCHULTE ROTH & ZABEL LLP
1152 15th Street NW, Suite 850
Washington, DC 20005
(202) 729-7470
(202) 730-4520 (fax)
peter.white@srz.com

*Attorneys for defendants Xe Services LLC, Blackwater Security Consulting LLC, U.S. Training Center, Inc., Raven Development Group LLC, GSD Manufacturing LLC, Prince Group, LLC, Total Intelligence Solutions LLC, Greystone Limited a/k/a Greystone Ltd., Terrorism Research Center, Incorporated, Technical Defense Associates, Incorporated and Erik Prince*

Paul K. Sun, Jr.
Paul.sun@elliswinters.com
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, NC 27636

*Attorneys for defendants Aviation Worldwide Services, L.L.C., Guardian Flight Systems LLC, Presidential Airways, Inc., STI Aviation, Inc., Air Quest, Inc. and Samarus Co. Ltd.*

# CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2010, I electronically filed the foregoing **Notice of Filing Revised Appendix** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Paul R. Dickinson, Jr.
pauldickinson@lewis-roberts.com
Gary V. Mauney
garymauney@lewis-roberts.com
LEWIS & ROBERTS, PLLC
5960 Fairview Road, Suite 102
Charlotte, NC 28210

Brooke N. Albert
brookealbert@lewis-roberts.com
James A. Roberts III
jimroberts@lewis-roberts.com
LEWIS & ROBERTS, PLLC
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612

*Attorneys for plaintiffs*

Keith Harrison Johnson
kjohnson@poynerspruill.com
POYNER SPRUILL LLP
P.O. Box 1810
301 Fayetteville Street, Suite 1900
Raleigh, NC 27602-1801

*Attorneys for defendants Donald Wayne Ball, Dustin L. Heard, Evan Shawn Liberty, Nicholas Abram Slatten and Paul Alvin Slough*

Edward M. Maginnis
emaginnis@maginnislaw.com
MAGINNIS LAW, PLLC
6030 Creedmoor Road, Suite 200
Raleigh, NC 27612

*Attorneys for defendant Jeremy P. Ridgeway*

/s/ Eric H. Cottrell
Eric H. Cottrell

In addition, I hereby certify that, pursuant to 28 U.S.C. § 2679(d)(3) and Federal Rule of Civil Procedure 4(i)(1) (previously Federal Rule of Civil Procedure 4(d)(4)), I served the foregoing by certified mail to the following:

>George E.B. Holding
>United States Attorney
>R.A. Renfer, Jr.
>Assistant United States Attorney
>Chief, Civil Division
>Eastern District of North Carolina
>Terry Sanford Federal Building
>310 New Bern Avenue, Suite 800
>Raleigh, NC 27601-1461

/s/ Eric H. Cottrell
Eric H. Cottrell