IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.: 5:09-cv-00449-BO

| | |
|---|---|
| R. DANIEL BRADY, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) NOTICE OF APPEARANCE |
| v. | ) |
| | ) |
| XE SERVICES LLC, ET AL,. | ) |
| | ) |
| Defendants. | ) |

Please take notice that, in addition to Paul K. Sun, Jr. and Andrew S. Chamberlin, Defendants Aviation Worldwide Services LLC; Guardian Flight Systems LLC; Presidential Airways Inc.; STI Aviation Inc.; Air Quest Inc.; and Samarus Co Ltd. will be represented in this action by Alexander M. Pearce, of the law firm of Ellis & Winters LLP.

This the 12th day of July, 2010.

ELLIS & WINTERS LLP

By: /s/ Alexander M. Pearce
Alexander M. Pearce
North Carolina Bar No. 37208
Post Office Box 33550
Raleigh, NC 27636
Voice: (919) 865-7000
Facsimile: (919) 865-7010
Email: alex.pearce@elliswinters.com

# CERTIFICATE OF SERVICE

This is to certify that I have electronically filed a copy of the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system, which will send notification of such filling to the following:

Brooke N. Albert
Gary V. Mauney
James A. Roberts, III
Paul R. Dickinson , Jr.
Lewis & Roberts, PLLC
P. O. Box 17529
Raleigh, NC 27619
Email: brookealbert@lewis-roberts.com
garymauney@lewis-roberts.com
jimroberts@lewis-roberts.com
pauldickinson@lewis-roberts.com

Eric H. Cottrell
Mayer Brown LLP
214 North Tryon St.
Suite 3800
Charlotte, NC 28202
Email: ecottrell@mayerbrown.com

Peter H. White
Schulte Roth & Zabel LLP
1152 15th St., N.W., Suite 850
Washington, DC 20005
Email: peter.white@srz.com

Keith Harrison Johnson
Poyner Spruill LLP
301 Fayetteville St., Suite 1900
Raleigh, NC 27602-1801
Email: kjohnson@poynerspruill.com

Edward Hallett Maginnis
Maginnis Law
6030 Creedmoor Rd.
Raleigh, NC 27612
Email: emaginnis@maginnislaw.com

This the 12th day of July, 2010.

/s/ Alexander M. Pearce
Alexander M. Pearce
North Carolina Bar No. 37208
Post Office Box 33550
Raleigh, NC 27636
Voice: (919) 865-7000
Facsimile: (919) 865-7010
Email: alex.pearce@elliswinters.com