IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-449-BO

| | | |
|---|---|---|
| R. DANIEL BRADY, ET AL., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | <u>SUPPLEMENTAL NOTICE</u> |
| | ) | (as to DE# 106) |
| XE SERVICES LLC ET AL., | ) | |
|     Defendants. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, files this notice to advise that *counsel for defendants (movants)* were contacted regarding the filing of the United States of America's Motion to Extend Time (DE# 106) and there was no opposition thereto.

Respectfully submitted, this 12th day of July, 2010.

                              GEORGE E.B. HOLDING
                              United States Attorney

                              <u>/s/ R. A. Renfer, Jr.</u>
                              R. A. RENFER, JR.
                              Attorney for United States of
                                America
                              Assistant United States Attorney
                              Chief, Civil Division
                              310 New Bern Avenue
                              Suite 800 Federal Building
                              Raleigh, NC 27601-1461
                              Telephone: (919) 856-4530
                              Facsimile:(919) 856-4821
                              Email: [rudy.renfer@usdoj.gov](mailto:rudy.renfer@usdoj.gov)
                              N.C. Bar # 11201

CERTIFICATE OF SERVICE

I do hereby certify that I have this 12th of July, 2010, served a copy of the foregoing upon the below-listed parties electronically and/or by placing a copy of the same in the U.S. Mails, addressed as follows:

James A. Roberts, III
(brookealbert@lewis-roberts.com)
Paul R. Dickinson, Jr.
(Pauldickinson@lewis-roberts.com)
Attorneys for Plaintffs

Eric H. Cottrell
(ecottrell@mayerbrown.com)

Peter H. White
(peter.white@srz.com)

Paul K. Sun, Jr.
(Paul.sun@elliswinters.com)

Keith H. Johnson
(kjohnson@poynerspruill.com)

Edward H. Maginnis
(emaginnis@maginnislaw.com)

/s/ R. A. Renfer, Jr.
R. A. RENFER, JR.
Attorney for United States
 Of America
Assistant United States Attorney
Chief, Civil Division
310 New Bern Avenue
Suite 800 Federal Building
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile:(919) 856-4821
Email: rudy.renfer@usdoj.gov
N.C. Bar # 11201