IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case 5:09-cv-00449-BO

| | |
|---|---|
| R. DANIEL BRADY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| XE SERVICES LLC, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

The United States of America, by and through its counsel, hereby notifies this Honorable

Court that James G. Touhey, Jr. and Philip D. MacWilliams are counsel of record for Defendant

United States of America in the above captioned action.  Copies of all correspondence and

pleadings should be provided to the above attorneys by electronic filing notification or effected

as follows:

For regular mail:                               For overnight delivery:
Torts Branch, Civil Division              Torts Branch, Civil Division
U.S. Department of Justice               U.S. Department of Justice
P.O. Box 888                                   1331 Pennsylvania Ave, NW Ste. 800
Benjamin Franklin Station               Washington, D.C. 20044
Washington, D.C. 20004


Therefore, please enter the names of the above attorneys as attorneys of record for

Defendant United States in this action.

Respectfully submitted this 16th day of July, 2010.

1

PHILIP D. MACWILLIAMS
Trial Attorney, Torts Branch


BY: /s/ Philip D. MacWilliams
      PHILIP D. MacWILLIAMS
Trial Attorney, Torts Branch
email: phil.macwilliams@usdoj.gov
Civil Division
United States Department of Justice
P.O. Box 888, Benjamin Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4285
Facsimile: (202) 616-5200

James G. Touhey, Jr.
Assistant Director, Torts Branch
email: james.touhey@usdoj.gov
Civil Division
United States Department of Justice
P.O. Box 888, Benjamin Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4292
Facsimile: (202) 616-5200

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 16, 2010, I caused true and correct copies of the foregoing Notice of Appearance to be served on the following counsel through the CM/ECF system.

Brooke N. Albert
Lewis & Roberts, PLLC
P. O. Box 17529
Raleigh, NC 27619
919-981-0191
919-981-0199 (fax)
brookealbert@lewis-roberts.com
Attorney for Plaintiffs

Paul R. Dickinson, Jr.
Lewis & Roberts, PLLC
5960 Fairview Rd., Suite 102
Charlotte, NC 28210
704-347-8990
704-347-8929 (fax)
pauldickinson@lewis-roberts.com
Attorney for Plaintiffs

Gary V. Mauney
Lewis & Roberts, PLLC
5960 Fairview Rd., Suite 102
Charlotte, NC 28210
704-347-8990
704-347-8929 (fax)
garymauney@lewis-roberts.com
Attorney for Plaintiffs

James A. Roberts, III
Lewis & Roberts
P. O. Box 17529
Raleigh, NC 27619-7529
919-981-0191
jimroberts@lewis-roberts.com
Attorney for Plaintiffs

Eric H. Cottrell
Mayer Brown LLP

214 North Tryon St.
Suite 3800
Charlotte, NC 28202
704-444-3500
704-377-2033 (fax)
ecottrell@mayerbrown.com
Attorney for Defendants
Keith Harrison Johnson
Poyner Spruill LLP
301 Fayetteville St., Suite 1900
Raleigh, NC 27602-1801
919-783-1013
919-783-1075 (fax)
kjohnson@poynerspruill.com
Attorney for Defendants
Paul K. Sun, Jr.
Ellis & Winters
PO Box 33550
Raleigh, NC 27636-3550
919-865-7000
865-7010 (fax)
paul_sun@elliswinters.com
Attorney for Defendants

Peter H. White
Schulte Roth & Zabel LLP
1152 15th St., N.W., Suite 850
Washington, DC 20005
202-729-7476
202-730-4520 (fax)
peter.white@srz.com
Attorney for Defendants