IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-449-BO

| | | |
|---|---|---|
| R. DANIEL BRADY, ET AL., | ) | |
| Plaintiffs, | ) | |
| | ) | ORDER TO EXTEND |
| v. | ) | TIME TO RESPOND |
| | ) | |
| XE SERVICES LLC ET AL., | ) | |
| Defendants. | ) | |

For good cause having been shown upon the Motion of the United States of America to extend the time in which to respond to the Corporate Defendants' Motion to Substitute the United States in Place of Corporate Defendants Pursuant to the Westfall Act, it is hereby

Ordered that the United States of America have up to and including July 16, 2010, in which to respond to the Corporate Defendants' Motion.

This _16_ day of July, 2010.

*[signature]*
TERRENCE W. BOYLE
United States District Judge