IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-449-BO

| | | |
|---|---|---|
| R. DANIEL BRADY, ET AL., | ) | |
| Plaintiffs, | ) | |
| | ) | ORDER TO EXTEND |
| v. | ) | TIME TO RESPOND |
| | ) | |
| XE SERVICES LLC ET AL., | ) | |
| Defendants. | ) | |

For good cause having been shown upon the Motion of the United States of America to extend the time in which to respond to the Motion to Substitute the United States As Defendant Pursuant to the Westfall Act filed by Donald Wayne Ball, Dustin L. Heard, Evan Shawn Liberty, Nicholas Abram Slatten and Paul Alvin Slough (collectively "the Movants"), it is hereby

Ordered that the United States of America have up to and including July 16, 2010, in which to respond to the Movants' Motion.

This __16__ day of July, 2010.

_____
TERRENCE W. BOYLE
United States District Judge