IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-449-BO

R. DANIEL BRADY, ET AL., )
      Plaintiffs, )
)
v. ) O R D E R
)
XE SERVICES LLC ET AL., )
      Defendants. )

FOR GOOD CAUSE having been shown, it is hereby ordered that the United States of America's Motion to Extend Page Limits hereby be allowed.

SO ORDERED this __21__ day of July, 2010.

                                  TERRENCE W. BOYLE
                                  United States District Judge