IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-449-BO

R. DANIEL BRADY, ET AL.,     )
         Plaintiffs,    )
                      )
        v.           )    O R D E R
                      )
XE SERVICES LLC ET AL.,    )
         Defendants.    )

FOR GOOD CAUSE having been shown, it is hereby ordered that

the United States of America's Brief In Opposition to Defendants

Ball, Heard, Liberty, Slatten and Slough's Motion to Substitute

the United States of America Pursuant to the Westfall Act with

exhibits A-H be filed under seal.

SO ORDERED this ___21___ day of July, 2010.


_____
TERRENCE W. BOYLE
United States District Judge