IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case 5:09-cv-00449-BO

| | |
|---|---|
| R. DANIEL BRADY, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| XE SERVICES LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Plaintiffs' Motion to Seal (DE 113) Exhibit E (DE 111) to Plaintiffs' Omnibus Response in Opposition to Defendants' Motion to Substitute the United States in Place of Defendants Pursuant to the Westfall Act (DE 109). For good cause shown, the Motion is GRANTED.

This court hereby seals Exhibit E to Plaintiffs' Omnibus Response in Opposition to Defendants' Motion to Substitute the United States in Place of Defendants Pursuant to the Westfall Act (DE 109).

This the _28_ day of July, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE