IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| R. DANIEL BRADY ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>XE SERVICES LLC ET AL., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 5:09-CV-00449-BO |

## ORDER GRANTING DEFENDANTS' MOTION FOR CLARIFICATION OF BRIEFING SCHEDULE

This matter comes before the Court upon Defendants' motion for clarification of the deadline to file replies in support of their Motions to Substitute the United States as Defendant pursuant to the Westfall Act ("Motions to Substitute"). *See* Dkt. #62 and 64. For the reasons stated in Defendants' motion, and for good cause shown, the motion is hereby **GRANTED**. It is hereby **ORDERED** that the Defendants have up to and including August 16, 2010 to file their replies in support of their Motions to Substitute.

**IT IS SO ORDERED**, this the 28 day of July, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE