IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| R. DANIEL BRADY ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 5:09-CV-00449-BO |
| v. | ) | |
| | ) | |
| XE SERVICES LLC ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE OF MARY K. MANDEVILLE**

COMES NOW the undersigned attorney, Mary K. Mandeville, and hereby gives notice of appearance as counsel for Defendants Xe Services LLC, Blackwater Security Consulting LLC, U.S. Training Center, Inc., Raven Development Group LLC, GSD Manufacturing LLC, Prince Group, LLC, Total Intelligence Solutions LLC, Greystone Limited a/k/a Greystone Ltd., Terrorism Research Center, Incorporated, Technical Defense Associates, Incorporated, and Erik Prince, pursuant to Local Civil Rule 5.2, in the above-captioned case.

Dated: August 11, 2010

                                                  Respectfully submitted,

                                      By: /s/ Mary K. Mandeville_____
                                          Mary K. Mandeville (N.C. Bar No. 15959)
                                          mmandeville@mayerbrown.com
                                          MAYER BROWN LLP
                                          214 North Tryon Street, Suite 3800
                                          Charlotte, North Carolina 28202
                                          (704) 444-3500
                                          (704) 377-2033 (fax)

1

*Attorney for Defendants Xe Services LLC, Blackwater Security Consulting LLC, U.S. Training Center, Inc., Raven Development Group LLC, GSD Manufacturing LLC, Prince Group, LLC, Total Intelligence Solutions LLC, Greystone Limited a/k/a Greystone Ltd., Terrorism Research Center, Incorporated, Technical Defense Associates, Incorporated, and Erik Prince*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| James A. Roberts III | Gary V. Mauney |
| jimroberts@lewis-roberts.com | garymauney@lewis-roberts.com |
| LEWIS & ROBERTS, PLLC | LEWIS & ROBERTS, PLLC |
| 3700 Glenwood Avenue, Suite 410 | 5960 Fairview Road, Suite 102 |
| Raleigh, NC 27612 | Charlotte, NC 28210 |

*Attorneys for Plaintiffs*

Edward H. Maginnis
emaginnis@maginnislaw.com
MAGINNIS LAW
6030 Creedmoor Road, Suite 200
Raleigh, NC 27612

*Attorney for Defendant Jeremy P. Ridgeway*

Paul K. Sun, Jr.
Paul.sun@elliswinters.com
Ellis & Winters LLP
Post Office Box 33550
Raleigh, NC 27636

*Attorney for Defendants Aviation Worldwide Services LLC, Guardian Flight Systems LLC, Presidential Airways Inc., STI Aviation Inc., Air Quest Inc., and Samarus Co. Ltd.*

                                          /s/ Mary K. Mandeville
                                          Mary K. Mandeville

3

Case 5:09-cv-00449-BO   Document 133   Filed 08/11/10   Page 3 of 3