IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case 5:09-cv-00449-BO

R. DANIEL BRADY, ET AL.,            )
                                    )
           Plaintiffs,              )
                                    )        O R D E R
v.                                  )
                                    )
XE SERVICES LLC, ET AL.,            )
                                    )
           Defendants.              )

This matter is before the Court on the Plaintiffs' Motion to Seal Exhibits B, E-N, P, and Q-U to Plaintiffs' Memorandum of Law in Opposition to Defendant Jeremy P. Ridgeway's Motion to Dismiss (DE 129). For good cause shown, the Motion is GRANTED.

This Court hereby seals the following exhibits:

| | |
|---|---|
| Exhibit B | (DE 130-2) |
| Exhibit E | (DE 130-5) |
| Exhibit F | (DE 130-6) |
| Exhibit G | (DE 130-7) |
| Exhibit H | (DE 130-8) |
| Exhibit I | (DE 130-9) |
| Exhibit J | (DE 130-10) |
| Exhibit K | (DE 130-11) |
| Exhibit L | (DE 130-12) |
| Exhibit M | (DE 130-13) |
| Exhibit N | (DE 130-14) |
| Exhibit P | (DE 130-16) |
| Exhibit Q | (DE 130-17) |
| Exhibit R | (DE 130-18) |
| Exhibit S | (DE 130-19) |
| Exhibit T | (DE 130-20) |
| Exhibit U | (DE 130-21) |

00382336.WPD

This, the 9 day of August, 2010.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

00382336.WPD

2

Case 5:09-cv-00449-BO   Document 138   Filed 08/12/10   Page 2 of 2