IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-00449-BO

| | |
|---|---|
| R. DANIEL BRADY, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ) | |
| XE SERVICES LLC, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

To: The Clerk of Court and all parties of record:

V. Stuart Couch, of Poyner Spruill LLP, hereby gives notice of his appearance as co-counsel of record with Keith H. Johnson, also with Poyner Spruill LLP, for Defendants Donald Wayne Ball, Dustin L. Heard, Evan Shawn Liberty, Nicholas Abram Slatten and Paul Alvin Slough.

This the 12th day of August, 2010.

                          **POYNER SPRUILL LLP**

                          By: /s/ V. Stuart Couch
                                V. Stuart Couch
                                (N.C. State Bar No. 23056)
                                301 S. College St., Suite 2300
                                Charlotte, NC 28202-6021
                                Telephone: 704.342.5250
                                Facsimile: 704.342.5264
                                Email: scouch@poynerspruill.com

                                ATTORNEYS FOR DEFENDANTS
                                DONALD WAYNE BALL; DUSTIN L.
                                HEARD; EVAN SHAWN LIBERTY;
                                NICOLAS ABRAM SLATTEN; AND
                                PAUL ALVIN SLOUGH

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

This the 12th day of August, 2010.

           **POYNER SPRUILL LLP**

By: /s/ V. Stuart Couch
V. Stuart Couch
(N.C. State Bar No. 23056)
301 S. College St., Suite 2300
Charlotte, NC 28202-6021
Telephone: 704.342.5250
Facsimile: 704.342.5264
Email: scouch@poynerspruill.com

ATTORNEYS FOR DEFENDANTS
DONALD WAYNE BALL; DUSTIN L. HEARD; EVAN SHAWN LIBERTY; NICOLAS ABRAM SLATTEN; AND PAUL ALVIN SLOUGH