b. RSO approval. The HTPO approves or denies the request and notifies the requesting office. Concurrently, HTP notifies the RTOC OSS for assignment.

c. Mission Assignment. The RTOC OSS assigns the mission to a PRS Team and additional PRS assets (TST, Air, etc.) if needed based on the principal, the current threat level at the venue and routes to and from the venue. The OSS then notifies the SL(s) of their assignments.

d. Initial Coordination. The SL(s) conduct initial coordination with the requesting office and supporting PRS assets (TST, Air, etc.) and conduct mission planning.

e. Mission Sheets. The SL(s) mission sheet with manifest and routes are turned in to RTOC NLT 1800hrs the day prior to the mission.

f. Pre-Mission Brief. The SL conducts pre-mission briefing NLT 30 minutes prior to stage time. Leadership from supporting PRS assets should attend briefing.

g. Communications Check. The SL conducts a communications check with RTOC 15 minutes prior to departure time. RTOC confirms supporting PRS assets and notifies PRS Team of any last minute changes.

h. Conduct Mission. The PRS Team throughout maintain communication with RTOC and notifies RTOC of any changes in status, route, checkpoints, or other pertinent information.

i. End of Mission. The PRS Team notifies RTOC at conclusion of mission, conducts recovery and prepares for future missions.

5. Radio Procedures. RTOC assumes all radio and communication coordination during PRS operations as well as directs channels and frequency shifts as needed in order to maintain clear radio traffic. In the event of an incident or emergency, the RTOC will coordinate with supporting TST/QRF. In addition the RTOC may direct all other PRS Teams radio traffic to an alternate channel in order to clear radio traffic for the emergency. All PRS Teams are required to report Blue/Grey points as well as any significant threats in their immediate area using the Communications SOP found in Chapter 2 of this TacSOP.

a. Secure Communications.

(1) RTOC ensures secure communications for all CoM operations.

(2) RTOC conducts radio check with PRS Teams prior to departing base.

(3) All communications are conducted IAW Chapter 2 of this TacSOP.

3-4

CONFIDENTIAL BUSINESS RECORD
PRODUCED IN RESPONSE TO
GRAND JURY SUBPOENA

BLACKWATERDCGJ 002204

UNCLASSIFIED

Exhibit A

Case 5:09-cv-00449-BO   Document 27-5   Filed 11/12/09   Page 56 of 186   App. 207
Case 5:09-cv-00449-BO   Document 141-1   Filed 08/16/10   Page 1 of 3

4. **PRS Team Request Rhythm.**

   a. **Request Support.** The office requesting PRS escort submits a written request via email for support to the RSO HTPO NLT 48 hours prior to Red Zone runs and NLT 24 hours prior to IZ moves.

   b. **RSO approval.** The HTPO (thru the Taskings OSS) approves or denies requests and notifies the requesting office. Taskings OSS work closely with the HTP Operations Officer throughout the process.

   c. **Mission Assignment.** The Taskings OSS assigns the mission to a PRS Team and additional PRS assets (TST, Air, etc.) if needed based on the Principal, the current threat level at the venue and routes to and from the venue. The Taskings OSS then notifies the SL(s) of their assignments. Any changes to the Mission Matrix must be approved through RTOC Operations and the HTPO prior to execution.

   d. **Initial Coordination.** The SL(s) conduct initial coordination with the requesting office and supporting PRS assets (TST, Air, etc.) and conduct mission planning.

   e. **Mission Sheet.** The SL(s) mission sheet with manifest and routes are turned in to RTOC NLT 1600hrs the day prior to the mission.

   f. **Pre-Mission Brief.** The SL conducts pre-mission briefing NLT 30 minutes prior to stage time. Leadership from supporting PRS assets should attend briefing.

   g. **Communications Check.** The SL conducts a communications check with RTOC 15 minutes prior to departure time. RTOC confirms supporting PRS assets and notifies PRS Team of any last minute changes.

   h. **Conduct Mission.** The PRS Team maintains constant communication with RTOC and notifies RTOC of any changes in status, route checkpoints, or other pertinent information.

   i. **End of Mission.** The PRS Team notifies RTOC at conclusion of mission, conducts recovery and prepares for future missions.

5. **Radio Procedures.** RTOC assumes all radio and communication coordination during PRS operations as well as directs channels and frequency shifts as needed in order to maintain clear radio traffic. In the event of an incident or emergency, the RTOC will coordinate with responding TST/QRF in addition the RTOC may direct all other PRS Teams radio traffic to an alternate channel in order to clear radio traffic for the emergency. All PRS Teams are required to report Blue/Grey points as well as any significant threats in their immediate area using the Communications SOP found in Chapter 2 of this TacSOP.

   a. Secure Communications.

3-4

CONFIDENTIAL BUSINESS RECORD
PRODUCED IN RESPONSE TO
GRAND JURY SUBPOENA

BLACKWATERDCGJ 002022

UNCLASSIFIED

15

Case 5:09-cv-00449-BO   Document 118-1   Filed 07/16/10   Page 16 of 32
Case 5:09-cv-00449-BO   Document 141-1   Filed 08/16/10   Page 2 of 3

(1) RTOC ensures secure communications for all CoM operations.

(2) RTOC conducts radio check with PRS Teams prior to departing base.

(3) All communications are conducted IAW Chapter 2 of this TacSOP.

b.

B2

6. Technical Site Survey (TSS).

B2

3-5

CONFIDENTIAL BUSINESS RECORD
PRODUCED IN RESPONSE TO
GRAND JURY SUBPOENA

BLACKWATERDCGJ 002023

UNCLASSIFIED

16

Case 5:09-cv-00449-BO   Document 118-1   Filed 07/16/10   Page 17 of 32
Case 5:09-cv-00449-BO   Document 141-1   Filed 08/16/10   Page 3 of 3