IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| IN RE: XE SERVICES ALIEN TORT LITIGATION | No. 1:09cv615 |
| | No. 1:09cv616 |
| | No. 1:09cv617 |
| | No. 1:09cv618 |
| | No. 1:09cv645 |
| | No. 1:09cv1017 |
| | No. 1:09cv1048 |

## ORDER

The matter is before the Court on defendants' motions for relief from deadlines (Docket No. 114[1]). Defendants, by counsel, indicate that whether they wish to proceed with their motions to substitute the United States in place of all defendants (Docket No. 54) will depend on whether, and how, plaintiffs amend their complaints. Pursuant to the Orders dated October 21, 2009, plaintiffs must amend their complaints, if at all, by Wednesday, October 28, 2009.

Accordingly, and for good cause shown,

It is hereby **ORDERED** that defendants' motions for relief from deadlines (Docket No. 114) are **GRANTED**. Accordingly, the current briefing and hearing schedule for defendants' motions to substitute the United States in place of all defendants (Docket No. 54) is **CANCELED**.

It is further **ORDERED** that defendants are **DIRECTED** to advise the Court, no later than 5:00 p.m., Friday, October 30, 2009, whether they intend to proceed with their motion to substitute the United States in place of all defendants. If so, the Court will promptly issue a

---

[1] The docket numbers contained in this Order refer to the docket for No. 1:09cv615. The referenced pleadings were assigned separate docket numbers for each case in which they were filed.

Exhibit 1

revised schedule for (i) submission of defendants' response to plaintiffs' and the government's submissions on this issue and (ii) oral argument if the Court deems it necessary.

The Clerk is directed to send a copy of this Order to all counsel of record.


Alexandria, Virginia
October 22, 2009

                                      /s/
                            T. S. Ellis, III
                            United States District Judge