IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| R. DANIEL BRADY ET AL., )<br>)<br>Plaintiffs, )<br>) Civil Action No. 5:09-CV-00449-BO<br>v. )<br>)<br>XE SERVICES LLC ET AL., )<br>)<br>Defendants. )<br>_____ ) | |

## NOTICE OF APPEARANCE BY NON-DISTRICT COUNSEL

Pursuant to Local Civil Rule 83.1(e), I hereby give notice in the above-captioned case that I will appear in association with Mary K. Mandeville and Robert B. Cordle, of Mayer Brown LLP, on behalf of Defendants Xe Services LLC, Blackwater Security Consulting LLC, U.S. Training Center, Inc., Raven Development Group LLC, GSD Manufacturing LLC, Prince Group, LLC, Total Intelligence Solutions LLC, Greystone Limited a/k/a Greystone Ltd., Terrorism Research Center, Incorporated, Technical Defense Associates, Incorporated, and Erik Prince. I am a member in good standing of the Bars of the District of Columbia and the U.S. District Court for the District of Columbia. I have completed an Electronic Filing Attorney Registration Form and in so doing have become a registered CM/ECF filer with this Court.

Dated: August 17, 2010

Respectfully submitted,

/s/ Elizabeth G. Oyer
Elizabeth G. Oyer
DC Bar No. 501260
eoyer@mayerbrown.com
MAYER BROWN LLP

1

1999 K Street NW
Washington, DC  20006
(202) 263-3000
(202) 263-3300 (fax)

*Attorney for Defendants Xe Services LLC, Blackwater Security Consulting LLC, U.S. Training Center, Inc., Raven Development Group LLC, GSD Manufacturing LLC, Prince Group, LLC, Total Intelligence Solutions LLC, Greystone Limited a/k/a Greystone Ltd., Terrorism Research Center, Incorporated, Technical Defense Associates, Incorporated and Erik Prince*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James A. Roberts III
jimroberts@lewis-roberts.com
LEWIS & ROBERTS, PLLC
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612

Gary V. Mauney
garymauney@lewis-roberts.com
LEWIS & ROBERTS, PLLC
5960 Fairview Road, Suite 102
Charlotte, NC 28210

*Attorneys for Plaintiffs*

Edward H. Maginnis
emaginnis@maginnislaw.com
MAGINNIS LAW
6030 Creedmoor Road, Suite 200
Raleigh, NC 27612

*Attorney for Defendant Jeremy P. Ridgeway*

Keith Harrison Johnson
kjohnson@poynerspruill.com
POYNER SPRUILL LLP
P.O. Box 1810
301 Fayetteville Street, Suite 1900
Raleigh, NC 27602-1801

*Attorney for Defendants Donald Wayne Ball, Dustin L. Heard, Evan Shawn Liberty, Nicholas Abram Slatten and Paul Alvin Slough*

Paul K. Sun, Jr.
Paul.sun@elliswinters.com
Ellis & Winters LLP
Post Office Box 33550
Raleigh, NC 27636

*Attorney for Defendants Aviation Worldwide Services LLC, Guardian Flight Systems LLC, Presidential Airways Inc., STI Aviation Inc., Air Quest Inc., and Samarus Co. Ltd.*

    /s/ Elizabeth G. Oyer
    Elizabeth G. Oyer