IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| R. DANIEL BRADY ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 5:09-CV-00449-BO |
| v. ) | |
| ) | |
| XE SERVICES LLC ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER GRANTING CORPORATE DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT

This matter comes before the Court upon the Corporate Defendants' motion to exceed the page limit for their reply in support of their Motion to Substitute the United States as Defendant pursuant to the Westfall Act ("Motion to Substitute"). *See* Dkt. #64. For the reasons stated in the Corporate Defendants' motion, and for good cause shown, the motion is hereby **GRANTED**. It is hereby **ORDERED** that the Corporate Defendants are given leave to file a reply in support of their Motion to Substitute containing up to 20 pages of argument.

IT IS SO ORDERED, this the 19 day of August, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE