IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-00449-BO

| | | |
|---|---|---|
| R. DANIEL BRADY, et al, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **ORDER** |
| XE SERVICES LLC, et al, | ) ) | |
| Defendants. | ) ) | |

FOR GOOD CAUSE shown, it is hereby ordered that Defendants Donald Wayne Ball, Dustin L. Heard, Evan Shawn Liberty, Nicolas Abram Slatten and Paul Alvin Slough may file a single Reply to Plaintiffs' and the United States' opposition to their Motion to Substitute the United States as Defendant pursuant to the Westfall Act, in excess of the page limit prescribed by Local Rule 7.2(e), E.D.N.C., up to 25 pages in length.

This the ____ day of August, 2010.

Terrence W. Boyle
United States District Judge