IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE 5:09-CV-449-BO

R. DANIEL BRADY, *ET AL*.,    )
                              )
            PLAINTIFFS,       )
                              )
    VS.                       )
                              )     **NOTICE OF FIRM CHANGE**
XE SERVICES LLC, *ET AL*.,    )
                              )
            DEFENDANTS.       )
                              )
                              )
                              )

Please take notice effective immediately, that Eric H. Cottrell is now with the firm Parker Poe Adams & Bernstein LLP. He will continue to represent Defendants Xe Services LLC, Blackwater Security Consulting LLC, U.S. Training Center, Inc., Raven Development Group LLC, GSD Manufacturing LLC, Prince Group, LLC, Total Intelligence Solutions LLC, Greystone Limited a/k/a Greystone Ltd., Terrorism Research Center, Incorporated, Technical Defense Associates, Incorporated and Erik Prince in this matter.

Kindly use the following firm name and address in all future pleadings, correspondence, and other documents:

Eric H. Cottrell
**PARKER POE ADAMS & BERNSTEIN LLP**
Three Wachovia Center
401 South Tryon Street
Suite 3000
Charlotte, NC 28202

Respectfully submitted, this the 31st day of August 2010.

**PARKER POE ADAMS & BERNSTEIN LLP**

<u>/s/ Eric H. Cottrell</u>
Eric H. Cottrell
North Carolina Bar No. 21994
ericcottrell@parkerpoe.com

Three Wachovia Center
401 South Tryon Street
Suite 3000
Charlotte, NC 28202
Tel: 704-372-9000
Fax: 704-334-4706

*Attorneys for defendants Xe Services LLC, Blackwater Security Consulting LLC, U.S. Training Center, Inc., Raven Development Group LLC, GSD Manufacturing LLC, Prince Group, LLC, Total Intelligence Solutions LLC, Greystone Limited a/k/a Greystone Ltd., Terrorism Research Center, Incorporated, Technical Defense Associates, Incorporated and Erik Prince*

## CERTIFICATE OF SERVICE

   I hereby certify that on August 31, 2010, I electronically filed the foregoing Notice of Change of Firm with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Paul R. Dickinson, Jr.
pauldickinson@lewis-roberts.com
Gary V. Mauney
garymauney@lewis-roberts.com
LEWIS & ROBERTS, PLLC
5960 Fairview Road, Suite 102
Charlotte, NC 28210

Brooke N. Albert
brookealbert@lewis-roberts.com
James A. Roberts III
jimroberts@lewis-roberts.com
LEWIS & ROBERTS, PLLC
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612

*Attorneys for plaintiffs*

Edward M. Maginnis
emaginnis@maginnislaw.com
MAGINNIS LAW, PLLC
6030 Creedmoor Road, Suite 200
Raleigh, NC 27612

*Attorneys for defendant Jeremy P. Ridgeway*

Paul K. Sun, Jr.
Paul.sun@elliswinters.com
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, NC 27636

*Attorneys for defendants Aviation Worldwide Services, L.L.C., Guardian Flight Systems LLC, Presidential Airways, Inc., STI Aviation, Inc., Air Quest, Inc. and Samarus Co. Ltd.*

Keith Harrison Johnson
kjohnson@poynerspruill.com
POYNER SPRUILL LLP
P.O. Box 1810
301 Fayetteville Street, Suite 1900
Raleigh, NC 27602-1801

*Attorneys for defendants Donald Wayne Ball, Dustin L. Heard, Evan Shawn Liberty, Nicholas Abram Slatten and Paul Alvin Slough*

        /s/ Eric H. Cottrell
        Eric H. Cottrell

In addition, I hereby certify that, pursuant to 28 U.S.C. § 2679(d)(3) and Federal Rule of Civil Procedure 4(i)(1) (previously Federal Rule of Civil Procedure 4(d)(4)), I served the foregoing by certified mail to the following:

>George E.B. Holding
>United States Attorney
>R.A. Renfer, Jr.
>Assistant United States Attorney
>Chief, Civil Division
>Eastern District of North Carolina
>Terry Sanford Federal Building
>310 New Bern Avenue, Suite 800
>Raleigh, NC  27601-1461

>/s/ Eric H. Cottrell
>Eric H. Cottrell