IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.: 5:09-cv-00449-BO

R. DANIEL BRADY, ET AL.,            )
                                    )
    Plaintiffs,                     )
                                    )
                                    )
                                    )
                                    )
XE SERVICES LLC, ET AL,.            )
                                    )
    Defendants.                     )

## ORDER

THIS MATTER comes before the Court on the Motion to Withdraw the Appearance of Alexander M. Pearce as counsel for Defendants Aviation Worldwide Services LLC; Guardian Flight Systems LLC; Presidential Airways Inc.; STI Aviation Inc.; Air Quest Inc.; and Samarus Co Ltd. (collectively, "Defendants"), filed by Alexander M. Pearce, of Ellis & Winters LLP. For good cause shown, it is ORDERED that counsel is hereby relieved of any obligation to accept service or otherwise represent Defendants in this matter.

IT IS SO ORDERED, this the ___4___ day of September, 2010.

```
              [signature]
The Honorable Terrence W. Boyle
United States District Judge
```