

THE HONORABLE TERRENCE W. BOYLE, UNITED STATES DISTRICT JUDGE PRESIDING
REGULAR SESSION BEGINNING THURSDAY NOVEMBER 4, 2010 @ 10:00 a.m. LOCATED AT:

**310 NEW BERN AVE, RALEIGH, N. C. - 7th Floor - Courtroom # 2**

**THURSDAY November 4, 2010 @ 10:00 a.m. - CIVIL Hearings:**

*********************************************************************************
**NOVEMBER 4, 2010 @ 10:00 a.m.:**

| | |
|---|---|
| Estate of Ali Kinani, et al. | Brooke N. Albert |
| Plaintiff | Gary V. Mauney |
| | James A. Roberts, III |
| | Paul R. Dickinson, Jr. |
| vs.   NO: 5:09-cv-449-BO | |
| Motions Hearing | |
| Xe Services, LLC; Blackwater Security | Andrew J. Pincus |
| Consulting, LLC, US Training Center, Inc., | Elizabeth G. Oyer |
| Raven Development Group, LLC, GSD | Eric H. Cottrell |
| Manufacturing LLC, Prince Group, LLC, | Mary K. Mandeville |
| Total Intelligence Solutions, LLC, | Peter H. White |
| Greystone Limited, Terrorism Research Center | Robert B. Cordle |
| Incorporated, Technical Defense Associates | Andrew S. Chamberlin |
| Incorporated, Aviation Worldwide Services, LLC, | Paul K. Sun, Jr. |
| Guardian Flight Systems LLC, Presidential Airways, | Alexander M. Pearce |
| Inc., STI Aviation, Inc., Air Quest, Inc., Samarus Co. Ltd, | Keith H. Johnson |
| Erik Prince, Donald Wayne Ball, Dustin L. Heard, | V. Stuart Couch |
| Evan Shawn Liberty, Jeremy P. Ridgeway, | Edward G. Maginnis |
| Nicholas Abram Slatten, Paul Alvin Slough, USA | R. A. Renfer, Jr. |
| Defendants | Philip D. MacWilliams |

*********************************************************************************