FILED: January 6, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 11-1188 (L)
(5:09-cv-00449-BO)

———————————

ESTATE OF ALI KINANI, by R. Daniel Brady, Administrator; ESTATE OF
ABRAHEM ABED AL MAFRAJE, by R. Daniel Brady, Administrator; ESTATE
OF MAHDE SAHAB NASER SHAMAKE, by R. Daniel Brady, Administrator;
ESTATE OF MOHAMMED H. ABDULRAZZAQ KINANI, by R. Daniel Brady,
Administrator; ESTATE OF KALLED ABRAHEM AL MAFRAJE, by R. Daniel
Brady, Administrator; ESTATE OF SAHAB NASER SHAMAKE, by R. Daniel
Brady, Administrator; ESTATE OF MAJID SALMAN ABED AL-KAREEM, by
R. Daniel Brady, Administrator; ESTATE OF NASEAR HAMZA LATIF
RAHIEF, by R. Daniel Brady, Administrator; ESTATE OF GHASSAN ABAD
ALKAREM MAHMOOD, by R. Daniel Brady, Aministrator

            Plaintiffs - Appellees

v.

XE SERVICES LLC; BLACKWATER SECURITY CONSULTING, LLC; U.S.
TRAINING CENTER INCORPORATED; RAVEN DEVELOPMENT GROUP
LLC; GSD MANUFACTURING LLC; PRINCE GROUP LLC; GREYSTONE
LIMITED, a/k/a Greystone LTD; TERRORISM RESEARCH CENTER
INCORPORATED; TECHNICAL DEFENSE ASSOCIATES INCORPORATED;
AVIATION WORLDWIDE SERVICES LLC; GUARDIAN FLIGHT SYSTEMS
LLC; PRESIDENTIAL AIRWAYS INCORPORATED; STI AVIATION
INCORPORATED; AIR QUEST INCORPORATED; SAMARUS CO LTD; ERIK
PRINCE; DONALD WAYNE BALL; DUSTIN L. HEARD; EVAN SHAWN
LIBERTY; NICHOLAS ABRAM SLATTEN; PAUL ALVIN SLOUGH; TOTAL
INTELLIGENCE SOLUTIONS LLC

Defendants - Appellants

and

JEREMY P. RIDGEWAY

Defendant

—————————————

RULE 42(b) MANDATE

—————————————

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes

effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*